



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 6999

JUDGE COTE

TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS AND ALLIED
INDUSTRIES HEALTH FUND, UNITE HERE! and
TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS AND ALLIED
INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Plaintiffs,

against

B&M LINEN CORP. D/B/A MIRON & SONS LINEN SUPPLY
A/K/A MIRON & SONS LINEN, INC.,
Defendant.

NO. _____

AUG 0 6 2007

U.S.D.C. S.D.
CASHIERS

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! certifies that other than UNITE Fund Administrators, Inc., the Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! has no corporate parents, subsidiaries or affiliates.

8/2/07
_____
Date

_____
Mark Schwartz, Esq. – MS 0148
Attorney for Plaintiffs
730 Broadway, 10th Floor
New York, New York 10003
(212) 539-5275