PRYOR CASHMAN LLP
Joshua Zuckerberg (JZ-9466)
410 Park Avenue, 10th Floor
New York, New York 10022-4441
Tel: 212-421-4100
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! And TRUSTEES OF THE LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE! <br><br> Plaintiffs, <br><br> against <br><br> B&M LINEN CORP. D/B/A MIRON & SONS LINEN SUPPLY A/K/A MIRON & SONS LINEN, INC., <br><br> Defendant. | 07 CIV 6999 (DLC) <br><br> **7.1 Statement** |

Pursuant to FRCP Rule 7.1, to enable judges and magistrates of the court to evaluate possible disqualification or recusal, defendant B&M Linen Corp., d/b/a Miron & Sons Linen Supply a/k/a Miron and Sons Linen, Inc. ("Miron"), through its attorneys, certifies that it has no parent, subsidiary, or affiliated companies.

531616

| | |
|---|---|
| Dated: New York, New York<br>September 11, 2007 | Respectfully Submitted,<br><br>PRYOR CASHMAN LLP<br><br>By: _____<br>Joshua Zuckerberg, Esq.<br>Attorneys for Defendant<br>410 Park Avenue, 10th Floor<br>New York, New York 10022-4441<br>Tel.: 212-421-4100 |