UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! And TRUSTEES OF THE LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!<br><br>Plaintiffs,<br><br>against<br><br>B&M LINEN CORP. D/B/A MIRON & SONS LINEN SUPPLY A/K/A MIRON & SONS LINEN, INC.,<br><br>Defendant. | 07 CIV 6999 (DLC)<br><br>**Certificate of Service** |

    I hereby certify that on September 6, 2007, I served a copy of the within Answer to the Complaint, by causing said papers to be delivered by regular mail to the following attorney at the following address as agreed to and designated by him for such purpose:

        David C. Sapp, Esq.
        Unite Here Fund Administrators, Inc.
        730 Broadway
        New York, NY 10003

Dated: New York, New York
September 6, 2007

        Respectfully Submitted,
        PRYOR CASHMAN LLP

        By: _____
        Joshua Zuckerberg, Esq.
        Attorneys for Defendant
        410 Park Avenue, 10th Floor
        New York, New York 10022-4441
        Tel.: 212-421-4100

532315