**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF THE LAUNDRY, DRY CLEANING
WORKERS AND ALLIED INDUSTRIES
HEALTH FUND, UNITE HERE!, ET AL.,

        Plaintiff(s),                      Case No. 07 CV 6999

    -against-                            AFFIDAVIT OF SERVICE

B&M LINEN CORP. D/B/A MIRON & SONS LINEN
SUPPLY A/K/A MIRON & SONS LINEN, INC.,

        Defendant(s).
------------------------------------------------------------------X

STATE OF NEW YORK    )
                          S.S.
COUNTY OF ROCKLAND  )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 17TH day of August, 2007, at approximately the time of 12:10 PM, deponent served a true copy of the SUMMONS AND COMPLAINT upon B&M LINEN CORP. D/B/A MIRON & SONS LINEN SUPPLY A/K/A MIRON & SONS LINEN, INC. at 220 Coster Street, Bronx, New York 10474, by personally delivering and leaving the same with BORIS MARKUS, who informed deponent that he is authorized by B&M LINEN CORP. D/B/A MIRON & SONS LINEN SUPPLY A/K/A MIRON & SONS LINEN, INC. to receive service at that address.

        BORIS MARKUS is a white male, approximately 42 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 175 pounds with slightly balding, slightly graying, brown hair, brown eyes and glasses.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
21st day of August, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com