UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

TRUSTEES OF THE LAUNDRY, DRY CLEANING
WORKERS AND ALLIED INDUSTRIES HEALTH
FUND, UNITE HERE!; and TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND,
UNITE HERE!                                                    07-CV-6999 (DLC)

       Plaintiffs,            **SUBSTITUTION OF**
             **COUNSEL AND NOTICE**
  -against-                                    **OF APPEARANCE**

B&M LINEN CORP. D/B/A MIRON & SONS
LINEN SUPPLY A/K/A MIRON & SONS LINEN,
INC.,

       Defendant.

-------------------------------------------------------------------x

  The undersigned attorney of record for plaintiffs, Mark Schwartz, Esq. of AMALGAMATED LIFE INSURANCE, CO., hereby consents to the substitution of KENNEDY, JENNIK & MURRAY, P.C., 113 University Place, New York, New York 10003, as attorneys of record for plaintiffs in the above-entitled action, and KENNEDY, JENNIK & MURRAY, P.C. hereby enter their appearance as attorneys of record for plaintiffs in the above-entitled action, and both respectfully request that this Court by order grant them leave to do so. The undersigned trustee for plaintiffs, Wilfredo Larancuent, hereby agrees to the substitution. The complaint in the above-entitled action was filed on August 2, 2007, an answer was filed on September 11, 2007, and as of yet, no motions or applications of any kind have been filed with this Court and no proceedings of any kind have been held or scheduled before this Court.

Dated: October 1, 2007

| AMALGAMATED LIFE INSURANCE, CO. | KENNEDY, JENNIK & MURRAY, P.C. |
|---|---|
| By:_____<br>    Mark Schwartz, Esq. (MS 0148)<br>    730 Broadway, 10th Floor<br>    New York, New York 10003-9511<br>    (212) 539-5275 | By:_____<br>    Thomas Kennedy, Esq. (TK 0993)<br>    113 University Place<br>    New York, New York 10003<br>    (212) 358-1500 |

TRUSTEES OF THE LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!; and LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!

By:_____
    Wilfredo Larancuent, Trustee
    Laundry, Dry Cleaning & Allied
        Workers Joint Board
    275 Seventh Avenue, 7th Floor
    New York, NY 10001
    (212) 206-8900

Dated:  October 1, 2007

| AMALGAMATED LIFE INSURANCE, CO. | KENNEDY, JENNIK & MURRAY, P.C. |
|---|---|
| By: */s/ Mark Schwartz*<br>　　Mark Schwartz, Esq. (MS 0148)<br>　　730 Broadway, 10th Floor<br>　　New York, New York 10003-9511<br>　　(212) 539-5275 | By:_____<br>　　Thomas Kennedy, Esq. (TK 0993)<br>　　113 University Place<br>　　New York, New York 10003<br>　　(212) 358-1500 |

TRUSTEES OF THE LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!; and LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!

By:_____
　　Wilfredo Larancuent, Trustee
　　Laundry, Dry Cleaning & Allied
　　　Workers Joint Board
　　275 Seventh Avenue, 7th Floor
　　New York, NY 10001
　　(212) 206-8900

Dated: October 1, 2007

| | |
|---|---|
| AMALGAMATED LIFE INSURANCE, CO. | KENNEDY, JENNIK & MURRAY, P.C. |
| By:_____<br>    Mark Schwartz, Esq. (MS 0148)<br>    730 Broadway, 10th Floor<br>    New York, New York 10003-9511<br>    (212) 539-5275 | By:_____<br>    Thomas Kennedy, Esq. (TK 0993)<br>    113 University Place<br>    New York, New York 10003<br>    (212) 358-1500 |

TRUSTEES OF THE LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE!; and LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!

By:_____
    Wilfredo Larancuent, Trustee
    Laundry, Dry Cleaning & Allied
        Workers Joint Board
    275 Seventh Avenue, 7th Floor
    New York, NY 10001
    (212) 206-8900

**AFFIDAVIT OF SERVICE**

State of New York      )
                       ) ss.:
County of New York     )

Joan Esposito, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in King's County, New York. On October 19, 2007, I served the within Substitution of Counsel and Notice of Appearance by mailing a copy via UPS Overnight Delivery to the following:

>Joshua Zuckerberg, Esq.
>Pryor Cashman Sherman 7 Flynn, LLP
>410 Park Avenue, 10th Floor
>New York, NY 10022

_____
Joan Esposito

Sworn to before me this
19th day of October, 2007.

_____
Notary Public

**THOMAS M. MURRAY**
NOTARY PUBLIC, STATE OF NEW YORK
No. 02MU6058040
QUALIFIED IN NEW YORK COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES APRIL 30, 2011