UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ -X
TRUSTEES OF THE LAUNDRY, DRY CLEANING :
WORKERS AND ALLIED INDUSTRIES HEALTH :
FUND, UNITE HERE! and TRUSTEES OF THE : 07 CIV. 6999 (DLC) (DFE)*
LAUNDRY, DRY CLEANING WORKERS AND :
ALLIED INDUSTRIES RETIREMENT FUND, UNITE : ORDER OF
HERE!, : REFERENCE TO A
: MAGISTRATE JUDGE
         Plaintiffs, :
:
    -v- :
:
B&M LINEN CORP., d/b/a MIRON & SONS LINEN :
SUPPLY, a/k/a MIRON & SONS LINEN, INC., :
:
         Defendant. :
------------------------------------------------------------------ -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/07

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute*

_____

_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

__X__ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

\* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
              October 31, 2007

                                              _____
                                              DENISE COTE
                                           United States District Judge