UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! And TRUSTEES OF THE LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!<br><br>Plaintiffs,<br><br>against<br><br>B&M LINEN CORP. D/B/A MIRON & SONS LINEN SUPPLY A/K/A MIRON & SONS LINEN, INC.,<br><br>Defendant. | 07 CIV 6999 (DLC)<br><br>**Certificate of Service** |

  I hereby certify that on November 26, 2007 I served a copy of the within Answer to the First Amended Complaint, by causing said papers to be delivered by electronic and regular mail to the following attorney at the following address as agreed to and designated by him for such purpose:

  KENNEDY JENNIK AND MURRAY, P.C.
  Thomas Kennedy, Esq.
  113 University Place
  New York, NY 10003

Dated: New York, New York
December 10, 2007

Respectfully Submitted,
PRYOR CASHMAN LLP

By: _____
Joshua Zuckerberg (JZ-9466)
Attorneys for Defendant
410 Park Avenue, 10th Floor
New York, New York 10022-4441
Tel.: 212-421-4100

532315