1 212 358 0207   KENNEDY, JENNIK & MU   Kennedy, Jennik & Murray, P.C.   02:38:01 p.m.   12-07-2007   2/2

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS
AND ALLIED INDUSTRIES HEALTH FUND,
UNITE HERE! And
TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS
AND ALLIED
INDUSTRIES RETIREMENT FUND, UNITE
HERE!

Plaintiffs,

against

B&M LINEN CORP. D/B/A MIRON & SONS
LINEN SUPPLY A/K/A MIRON & SONS
LINEN, INC.,

Defendant.

07 CIV 6999 (DLC)(DFE)

STIPULATION EXTENDING TIME
TO ANSWER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/07

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties that Defendants shall serve an answer to the Amended Complaint by November 26, 2007.

For purposes of this Stipulation, facsimile signature may be deemed originals.

November 26, 2007

PRYOR CASHMAN LLP

By: _____
Joshua Zuckerberg, Esq.
Attorneys for Defendant
410 Park Avenue, 10th Floor
New York, New York 10022-4441
Tel.: 212-421-4100

KENNEDY, JENNIK AND MURRAY, P.C.

By _____
Thomas Kennedy, Esq.
113 University Place
New York, New York 10003

So Ordered: _____
U.S.D.J.
December 13, 2007