UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
TRUSTEES OF THE LAUNDRY, DRY CLEANING
WORKERS AND ALLIED INDUSTRIES HEALTH         07-CV-6999 (DLC)
FUND, UNITE HERE!; and TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS AND            (Assigned to Magistrate
ALLIED INDUSTRIES RETIREMENT FUND,           Douglas F. Eaton)
UNITE HERE!

          Plaintiffs,

  -against-

B&M LINEN CORP. D/B/A MIRON & SONS
LINEN SUPPLY A/K/A MIRON & SONS LINEN,
INC.,

          Defendant.
----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Trustees of the Laundry, Dry Cleaning Workers & Allied Industries Health Fund, UNITE HERE and the Trustees of the Laundry, Dry Cleaning Workers & Allied Industries Retirement Fund, UNITE HERE hereby appear in the above-captioned matter by its undersigned counsel, Elizabeth M. Pilecki of Kennedy, Jennik & Murray, P.C., and request, pursuant to Sections 102(1), 342, and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that any and all notices given or required to be given in this case and all papers served or required to be served in this case be delivered and served upon:

>Elizabeth M. Pilecki
>Kennedy, Jennik & Murray, P.C.
>113 University Place, 7th Floor
>New York, New York 10003
>Telephone: (212) 358-1500
>Facsimile: (212) 358-0207
>epilecki@kjmlabor.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile or otherwise, which affects either the Debtor or the property of any of the Debtor.

Dated: December 28, 2007
       New York, New York

By: _____
    Elizabeth M. Pilecki (EP 5805)
    Kennedy, Jennik & Murray, P.C.
    113 University Place
    New York, N.Y. 10003
    Tel. (212) 358-1500

To:   Hon. Denise L. Cote
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, NY 10007

      Joshua Zuckerberg
      Pryor Cashman Sherman & Flynn LLP
      410 Park Avenue, 10th Floor
      New York, NY 10022