# AFFIDAVIT OF SERVICE

State of New York    )
                         ) ss.:
County of New York  )

      Joan Esposito, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in King's County, New York. On January 8, 2008, I served the within Notice of Appearance and Request for Service of Papers by mailing a copy via UPS Overnight Delivery to the following:

                         Joshua Zuckerberg, Esq.
                         Pryor Cashman Sherman & Flynn, LLP
                         410 Park Avenue, 10th Floor
                         New York, NY 10022

                                                      _____
                                                      Joan Esposito

Sworn to before me this
8th day of January, 2008.

_____
Notary Public

OMAR A. JOSEPH
Notary Public, State of New York
No. 02JO6160500
Qualified in New York County
Commission Expires 2/12/2011