```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
TRUSTEES OF THE LAUNDRY, DRY CLEANING    :
WORKERS AND ALLIED INDUSTRIES HEALTH     :
FUND, UNITE HERE! and TRUSTEES OF THE    : 07 CIV. 6999 (DLC)
LAUNDRY, DRY CLEANING WORKERS AND        :
ALLIED INDUSTRIES RETIREMENT FUND,       :      Order
UNITE HERE!,                             :
                                         :
                    Plaintiffs,          :
                                         :
          -v-                            :
                                         :
B&M LINEN CORP., d/b/a MIRON & SONS      :
LINEN SUPPLY, a/k/a MIRON & SONS LINEN,  :
INC.,                                    :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

DENISE COTE, District Judge:

By letter dated February 14, 2008, counsel for the defendant requested permission to take two depositions after the formal discovery period closes on February 15. Counsel also notified the Court that the defendant has made a request for a jury trial. It is hereby

ORDERED that the defendant may take two depositions after February 15 if all parties consent.

IT IS FURTHER ORDERED that any motion for summary judgment is due no later than March 21. If a summary judgment motion is made, the opposition is due no later than April 11. Any reply is due April 18.

1

IT IS FURTHER ORDERED that at the time any Reply is served the moving party shall supply two (2) courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that in the event no motion is filed, the Joint Pretrial Order is due March 21. As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

SO ORDERED:

Dated:   New York, New York
         February 15, 2008

                                    _____
                                            DENISE COTE
                                    United States District Judge