# KENNEDY, JENNIK & MURRAY, P.C.

ATTORNEYS AT LAW

113 UNIVERSITY PLACE
NEW YORK, NEW YORK 10003
(212) 358-1500

* * *

FACSIMILE (212) 358-0207

ELIZABETH M. PILECKI (NJ, MA)
epilecki@kjmlabor.com



**MEMO ENDORSED**

March 18, 2008

BY HAND
Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08
```

Re:  Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE!, et al. V. B&M Linen Corp.
Case No. 07cv6999 (DLC)

Dear Judge Cote:

We are filing a Motion for Summary Judgment in the above referenced case on Friday, March 21, 2008. The exhibits to the supporting Declaration are too voluminous for electronic filing and we are requesting your permission to submit these exhibits with the original Declaration by hard copy to the Court.

Respectfully submitted,

Elizabeth Pilecki

EP:sm
cc: Joshua Zuckerberg, Esq.

Granted.
/s/ Denise Cote
March 19, 2008