## AFFIDAVIT OF SERVICE

State of New York          )                    07-CV-6999 (DLC)
                           ) ss.:
County of New York         )


     ALEXANDRA MILLER, being duly sworn, deposes and says that:  I am not a party to the action, am over 18 years of age, and reside in Kings County, New York.

     On March 21, 2008, I served the within Plaintiffs' Notice of Motion for Summary Judgment, Memorandum of Law in Support of Summary Judgment,  Declaration of Elizabeth Pilecki in Support of Motion for Summary Judgment, Declaration of Jeffrey Warbet, and Plaintiffs' Rule 56.1 Statement, by mailing a copy of each via UPS Overnight Delivery to the following:

> Joshua Zuckerberg
>
> Pryor Cashman Sherman & Flynn LLP
>
> 410 Park Avenue, 10th Floor
>
> New York, NY 10022


ALEXANDRA MILLER

Sworn to before me this
21st  day of March, 2008.

Notary Public

THOMAS M. MURRAY
NOTARY PUBLIC, STATE OF NEW YORK
No. 02MU6058040
QUALIFIED IN NEW YORK COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES APRIL 30, 2011