# EXHIBIT H

# PRYOR CASHMAN SHERMAN & FLYNN LLP

410 PARK AVENUE, NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: FIRM@PRYORCASHMAN.COM
WWW.PRYORCASHMAN.COM

WRITER'S DIRECT DIAL:
(212) 326-0885

WRITER'S EMAIL:
jzuckerb@pryorcashman.com

January 14, 2004

**VIA FACSIMILE (212) 206-8900 AND REGULAR MAIL**
Mr. Wilfredo N. Larancuent
Laundry, Dry Cleaning and
Allied Workers Joint Board, UNITE
275 Seventh Avenue #15
New York, NY 10001

Dear Mr. Larancuent:

Pursuant to the agreement of B&M Linen Service D/B/A Miron and Sons Linen Service (the "Company") and the Laundry, Dry Cleaning & Allied Workers Joint Board (the "Union"), the 2000-2003 CBA between the Union and the Company is amended as follows:

Paragraph 7(B) of the 2000-2003 CBA (Minimum Rates and Guarantees) is amended so that employees who are within their first 30 days of employment shall receive a minimum rate of $6.00 an hour, which shall increase to $6.50 an hour after the first 30 days of employment, and increase to $7.50 an hour after the first 12 months of employment.

This amendment supersedes and takes precedence over any other language to the contrary in the 2000-2003 CBA, the 2003-2006 CBA, or any other agreement or writing between the parties.

Please indicate your acceptance of this Agreement by signing where indicated below.

Very truly yours,

Joshua Zuckerberg

Accepted & Agreed to by:
Laundry, Dry Cleaning and
Allied Workers Joint Board, UNITE

By: Wilfredo Larancuent

RHS:jr

348707

EXHIBIT
Marcus
4
FS/29/07

PENGAD 800-631-6989

04/17/2014 08:11 FAX                                                                       Ø001/003

# SETTLEMENT AGREEMENT

This Agreement is entered into this 7 day of ~~January~~ *February*, 2004, between the Laundry, Dry Cleaning and Allied Workers Joint Board, UNITE, AFL-CIO, CLC (the "Union") and B & M Linen Corp., D/B/A Miron & Sons Linen Service (the "Employer") (referred to collectively herein as "the parties").

WHEREAS the Union alleges that the Employer owes a number of its employees money under the terms of the Collective Bargaining Agreement, dated November 28, 2000, which expired on November 27, 2003 ("CBA"); and

WHEREAS the Union filed charges with the National Labor Relations Board (2-CA-33596 and 2-CA-33783) against the Employer seeking to compel the Employer to comply with the terms of the CBA; and

WHEREAS, the National Labor Relations Board issued a decision dated September 16, 2002, against the Employer holding that the Employer was bound by the terms of the CBA (the "Board's Decision"); and

WHEREAS the Second Circuit Court of Appeals affirmed the Board's Decision;

WHEREAS, the Union also pursued arbitration against the Employer for its violations of the CBA and the arbitrator issued an opinion and award, dated October 21, 2002, finding the Employer liable to the employees for these violations, which included failure to honor the CBA's wages rates, increases and certain leave provisions (the "Award"); and

WHEREAS, the Union filed a federal civil action in the Southern District of New York (02 Civ. 9083 (GBD))(the "Civil Action"), which sought to enforce the Award, and for which a decision from the Court has yet to be rendered; and

WHEREAS the parties are desirous of resolving all claims between them, including those asserted in the Board's Decision, the Award, and the Civil Action, without the disruption, expense and inconvenience of further litigation; and without any admission or inference of liability, wrongdoing or fault on the part of either party;

NOW THEREFORE, in exchange for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1.      Effective as of November 28, 2003, for those employees covered by the CBA, who: a) were employed by the Employer between November 28, 2000 and November 27, 2003 (the "Term of the CBA"); b) were not paid at the appropriate rate pursuant to the CBA during the Term of the CBA; and c) are currently working for the Employer, the Employer will increase their wage rates by twenty cents (.20) per hour above and beyond any increases already agreed to in the 2003-2006 CBA between the Employer and the Union.

348606                                          1

2.     On or before January 1, 2004, the Employer will also provide the employees who are eligible to receive the wage increase described in Paragraph 1, above, with a one-week vacation bonus.

3.     Effective January 1, 2005, for those employees who: a) were employed by the Employer during the Term of the CBA; b) were not paid at the appropriate rate pursuant to the CBA during the Term of the CBA; and c) are employed by the Employer on January 1, 2005, the Employer will increase their wage rates by five cents (.05) per hour above and beyond any increases already agreed to in the 2003-2006 CBA between the Employer and the Union. If the Employer determines that its financial condition at the time when the increase is due will hinder its ability to make these payments, the Union agrees to negotiate in good faith with the Employer over this increase. If no agreement is reached, the parties agree to submit the matter to binding arbitration.

4.     The Employer agrees to apply the terms of the CBA to all eligible employees who: a) were covered by the CBA; b) were employed by the Employer during the Term of the CBA; c) were allegedly affected by the Employer's alleged contract violations and unfair labor practices during the Term of the CBA; d) are not employed by the Employer as of the date of this Agreement; and e) come forward with a claim under the CBA. A non-exhaustive list of the employees so affected, and about which the Union currently has knowledge, is attached hereto as Appendix A. Additional employees not named on the Appendix A list may come forward with claims for relief against the Employer. If there is a disagreement as to whether any employee is entitled to any relief under this Paragraph, the matter shall be submitted to arbitration pursuant to the terms of the CBA.

5.     The Union shall withdraw and discontinue the Civil Action with prejudice and without costs to either party as against the other. The Union shall execute all necessary documentation, including a stipulation and order discontinuing the action against the Employer, and consents to having said stipulation filed with the District Court.

7.     The Union shall withdraw and discontinue all efforts to enforce the Board's Decision. The Union shall execute any documentation requested by Region 2 of the NLRB, including any Board issued stipulation and the letter annexed hereto as Exhibit "B", to establish that the Union considers this Agreement to be a full and complete satisfaction of the Award and the Board's Decision.

8.     Except as specifically stated herein, the Union, on behalf of itself and any employee covered by the CBA during the Term of the CBA, knowingly and voluntarily releases and forever discharges the Company, any of its parent, subsidiary, division, and related companies, and any of its past and present owners, directors, managers, officers, partners, employees, agents, attorneys and servants, and each of their predecessors, successors and assigns from any and all claims, or causes of action, of any nature whatsoever, known or unknown, for unpaid wages, benefits, or contributions, and/or regarding or related to facts, incidents, or circumstances occurring during the Term of the CBA, which would be based or predicated upon the CBA.

_____           _____
Miron Markus                      Wilfredo Larancuent
Employer                          Union Manager

348606                                  2

10:29 AM
11/13/03

# Generial Payroll
## Employee Phone List
### November 13, 2003

| Employee | SS No. | Address | Hire Date | Salary | Earnings 1/Rate |
|---|---|---|---|---|---|
| Adalgiza Rodriguez | 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 | Adalgiza Rodriguez 2410 Walton Avenue Bronx | 07/08/2002 | | Hourly Rate 7.50 |
| Altagracia Ceballos | 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 | Altagracia Ceballos 1738 Crotona Park Apt 4A | 06/14/2002 | | Hourly Rate 7.50 |
| Ana Benitez | 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 | Ana Benitez 570 W 172ed st. Apt 2D New York | 03/20/2002 | | Hourly Rate 7.50 |
| Andreina Michel | 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 | Andreina Michel 22-24 Marcy Place Apt 5D Bro | 03/23/2001 | | Hourly Rate 7.50 |
| Angela Franco | 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 | Angela Franco 479 West 144st. Apt. 53 New Y | 07/22/2003 | | Hourly Rate 6.50 |
| Antonia Hernandez | 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 | Antonia Hernandez 242 East 116th Street APt | 11/14/2000 | | Hourly Rate 7.75 |
| Antonio Rodriges | 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 | Antonio Rodriges 15 Lowrence st. Apt. 3A Yon | 05/05/2003 | 15,600.00 | Salary 15,600.00 |
| Aura Salazar | 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 | Aura Salazar 511 West 175st. Apt. 15 New Yor | 07/01/2003 | | Hourly Rate 6.50 |
| Averly Pierre | 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 | Averly Pierre 2484 7th Ave. Apt.6 New York,, | 04/26/2003 | | Hourly Rate 6.50 |
| Bekanity Diby | 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 | Bekanity Diby 1056 Sherman Ave. Apt. 3C Bro | 07/07/2003 | | Hourly Rate 6.50 |
| Carla Hernandez | 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 | Carla Hernandez 1044 St. Johns Ave. Apt. 13 B | 07/22/2003 | | Hourly Rate 6.50 |
| Cira M Ramirez | 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 | Cira M Ramirez 1348 Webster Ave. Apt. 9M Br | 06/19/2003 | | Hourly Rate 6.50 |
| Claudia Alvarez | 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 | Claudia Alvarez 354 Cypres Ave. Apt.1 Bronx | 04/07/2003 | | Hourly Rate 7.25 |
| Clelle Orisme | 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 | Clelie Orisme 654 St Nich Avenue Apt 22 New | 08/07/1997 | | Hourly Rate 7.50 |
| Dionicia Hernandez | 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 | Dionicia Hernandez 322 East 116st. apt. 2 New | 08/26/2002 | | Hourly Rate 7.75 |
| Elena Morales | 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 | Elena Morales 1174 East 164 st. Apt. 4B Bronx | 07/08/2003 | | Hourly Rate 6.50 |
| Erlinda Martinez | 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 | Erlinda Martinez 730 East 166 st. Apt. 1B Bron | 03/27/2003 | | Hourly Rate 7.50 |
| Espfania Pineda | 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 | Espfania Pineda 99 Broadway Apt 341 New Yo | 11/26/2001 | | Hourly Rate 7.75 |
| Francisco Pena | 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 | Francisco Pena 430 Grand Councorse Ave. Ap | 09/26/2002 | | Hourly Rate 7.50 |
| Gracia Blyden | 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 | Gracia Blyden 3624 Avenue L Brooklyn, NY 11 | 08/10/1995 | | Hourly Rate 8.80 |
| Gregoria Intriago | 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 | Gregoria Intriago 117 West 197th Street Apt 4 | 04/10/2002 | | Hourly Rate 7.75 |
| Jeime Rodriguez | 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 | Jeime Rodriguez 1025 Boynton Ave. Apt.2D Br | 09/20/2003 | | Hourly Rate 6.50 |
| Jose Julio Alverez | 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 | Jose Julio Alverez 1820 Thiriot Avnue Apt 6D E | 08/12/2002 | 22,100.00 | Salary 22,100.00 |
| Jose Lopes | 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 | Jose Lopes 1674 Macomes Road Apt. 5I Bronx | 03/11/2002 | 16,900.00 | Salary 16,900.00 |
| Jose Ramirez | 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 | Jose Ramirez 75 Bruce Ave. Apt. 3L Yankers, | 03/24/2003 | 31,200.00 | Salary 31,200.00 |
| Josefina Rodriguez | 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 | Josefina Rodriguez 451 West 166st. Apt 3D Ne | 07/01/2003 | | Hourly Rate 6.50 |
| Juan A Flores | 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 | Juan A Flores 3335 Decatuer Ava Apt 4B Bronx | 07/28/2003 | 28,600.00 | Salary 28,600.00 |
| Leonel Cabrera | 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 | Leonel Cabrera 430 Grand Concourse Ave. Ap | 11/05/2002 | | Hourly Rate 7.75 |
| Marilu Flores | 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 | Marilu Flores 1050 Grand Concourse Apt. 1J B | 07/02/2003 | | Hourly Rate 6.50 |
| Maritza Cordoba | 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 | Maritza Cordoba 864 Sootherd Blvard Apt. 2C | 07/03/2003 | | Hourly Rate 7.00 |
| Mirian Bravo | 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 | Mirian Bravo 3041 Holland Ave. Apt 55S Bronx | 04/30/2002 | | Hourly Rate 7.75 |
| Mocles Rosalva | 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 | Mocles Rosalva 510 West 148th Street Apt 17 | 08/12/2002 | 13,000.00 | Salary 13,000.00 |
| Nancy Maisonave | 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 | Nancy Maisonave 570 West 172nd Street New | 10/14/2002 | | Hourly Rate 7.75 |
| Ofelia Reyes | 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 | Ofelia Reyes 212 Willes Ave. Apt. 5S Bronx, N | 08/11/2003 | | Hourly Rate 6.50 |
| Ousmane Ouedrago | 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 | Ousmane Ouedrago 233 Bumsiang Ave. Apt. 9 | 07/14/2003 | | Hourly Rate 6.50 |
| Patricia M. Payero | 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 | Patricia M. Payero 726 East 152 st. Apt. 12 Bro | 07/14/2003 | | Hourly Rate 6.50 |
| Ramay Narimanov | 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 | Ramay Narimanov 2021 64TH St. Apt 4K BRO | 09/19/2002 | 24,700.00 | Salary 24,700.00 |
| Ramona Bauitista | 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 | Ramona Bauitista 420 East 169 st. Apt. 21F No | 03/27/2003 | | Hourly Rate 7.50 |
| Reyna M. Barrios | 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 | Reyna M. Barrios 340 East 151 st. Apt. 22 Bron | 07/08/2003 | | Hourly Rate 6.50 |
| Rodrigo Vaquero | 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 | Rodrigo Vaquero 3257 Stanwell st. Apt. 4 E As | 08/03/2003 | | Hourly Rate 6.75 |
| Santa Piazza | 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 | Santa Piazze 9 Maiden Lane Inwood, NY 1109 | 02/03/1997 | | Hourly Rate 8.00 |
| Simon Mendelevich | 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 | Simon Mendelevich 160 N. Main Street Apt 59E | 08/12/2002 | 22,100.00 | Salary 22,100.00 |
| Susana Dias | 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 | Susana Dias 110 2nd Ave Apt 2 New York, NY | 04/25/2000 | | Hourly Rate 8.00 |
| Valentina Nunez | 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 | Valentina Nunez 1060 Sheridan Blvard Apt. 2D | 03/29/2003 | | Hourly Rate 6.75 |
| Yolanda Manzanares | 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 | Yolanda Manzanares 1131 Odgen Avenune Ap | 09/10/2001 | | Hourly Rate 7.75 |
| Yolanda Perez | 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 | Yolanda Perez 242 East 116th Street New Yor | 08/13/2002 | | Hourly Rate 7.75 |

12/02/2013  07:07 FAX                Rec 7/9/03  JI          Miron son        ☑ 002/003

11:00 AM
09/09/03

## Generial Payroll
## Employee Phone List
### September 9, 2003

(58)

| Employee | SS No. | Hire Date | Salary | Earnings 1/Rate |
|---|---|---|---|---|
| Adalgiza Rodriguez | 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 | 07/06/2002 | | Hourly Rate  7.50 |
| Aissa Dylteye | 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 | 12/12/2002 | | Hourly Rate  7.75 |
| Altagracia Ceballas | 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 | 06/14/2002 | | Hourly Rate  7.50 |
| Ana Benitez | 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 | 03/20/2002 | | Hourly Rate  7.50 |
| Andrerna Michel | 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 | 03/23/2001 | | Hourly Rate  7.50 |
| Angela Franco | 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 | 07/22/2003 | | Hourly Rate  7.50 |
| Antonia Hernandez | 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 | 11/14/2000 | | Hourly Rate  8.00 |
| Antonio Rodriges | 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 | 05/05/2003 | | Hourly Rate  7.50 |
| Aura Salazar | 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 | 07/01/2003 | 15,600.00 | Salary  15,600.00 |
| Averty Pierre | 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 | 04/28/2003 | | Hourly Rate  6.50 |
| Bekanity Diby | 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 | 07/07/2003 | | Hourly Rate  6.50 |
| Blanca Gonzales | 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 | 11/05/2002 | | Hourly Rate  6.50 |
| Bourahima Ouedraogo | 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 | 05/26/2002 | | Hourly Rate  7.00 |
| Carla Hernandez | 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 | 07/22/2003 | | Hourly Rate  7.50 |
| Cira M Ramirez | 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 | 05/19/2003 | | Hourly Rate  6.50 |
| Claudia Alvarez | 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 | 04/07/2003 | | Hourly Rate  6.50 |
| Clelie Orisme | 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 | 08/07/1997 | | Hourly Rate  7.25 |
| Dionicia Hernandez | 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 | 08/26/2002 | | Hourly Rate  7.50 |
| Eduvigis A. Castillo | 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 | 08/13/2003 | | Hourly Rate  7.50 |
| Elena Morales | 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 | 07/08/2003 | | Hourly Rate  6.00 |
| Elicia Solano | 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 | 03/24/2003 | | Hourly Rate  8.50 |
| Erlinda Martinez | 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 | 03/27/2003 | | Hourly Rate  6.50 |
| Espfania Pineda | 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 | 11/26/2001 | | Hourly Rate  7.50 |
| Francisco Pena | 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 | 09/26/2002 | | Hourly Rate  7.75 |
| Francois Kabore | 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 | 10/14/2002 | | Hourly Rate  7.50 |
| Gracia Blyden | 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 | 08/10/1995 | | Hourly Rate  7.75 |
| Gregoria Intriago | 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 | 04/10/2002 | | Hourly Rate  8.80 |
| Jose Julio Alverez | 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 | 08/12/2002 | 22,100.00 | Hourly Rate  7.50 |
| Jose Lopes | 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 | 03/11/2002 | 16,900.00 | Salary  22,100.00 |
| Josefina Rodriguez | 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 | 07/01/2003 | | Salary  16,900.00 |
| Juan A Fiores | 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 | 07/28/2003 | 28,600.00 | Hourly Rate  6.50 |
| Leonel Cabrera | 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 | 11/05/2002 | | Salary  28,600.00 |
| Maria Romero | 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 | 07/03/2003 | | Hourly Rate  7.75 |
| Maribel Martinez | 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 | 04/24/2002 | | Hourly Rate  8.50 |
| Maribel Perez | 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 | 10/26/2002 | | Hourly Rate  7.50 |
| Marilu Fiores | 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 | 07/02/2003 | | Hourly Rate  7.50 |
| Maritza Cordoba | 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 | 07/03/2003 | | Hourly Rate  6.50 |
| Micasia Guzman | 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 | 08/08/2003 | | Hourly Rate  6.50 |
| Mirian Bravo | 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 | 04/30/2002 | | Hourly Rate  6.00 |
| Mocles Rosalva | 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 | 08/12/2002 | | Hourly Rate  7.50 |
| Nancy Maisonave | 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 | 10/14/2002 | 13,000.00 | Salary  13,000.00 |
| Ofelia Reyes | 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 | 08/11/2003 | | Hourly Rate  7.50 |
| Ousmane Ouedrago | 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 | 07/14/2003 | | Hourly Rate  6.00 |
| Patricia M. Payero | 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 | 07/14/2003 | | Hourly Rate  6.50 |
| Ramay Narimanov | 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 | 09/19/2002 | 24,700.00 | Hourly Rate  8.25 |
| Ramon E. Alverez | 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 | 03/24/2003 | 18,200.00 | Salary  24,700.00 |
| Ramona Bautista | 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 | 03/27/2003 | | Salary  18,200.00 |
| Reyna M. Barrios | 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 | 07/08/2003 | | Hourly Rate  7.50 |
| Rodrigo Vaquero | 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 | 06/03/2003 | | Hourly Rate  8.50 |
| Santa M Ceballas | 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 | 06/08/2003 | | Hourly Rate  8.75 |
| Santa Piazza | 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 | 02/03/1997 | | Hourly Rate  8.50 |
| | | | | Hourly Rate  7.50 |

2013 07:07 FAX                                                  ☑003/003

11:00 AM
09/09/03

# General Payroll
# Employee Phone List
## September 9, 2003

| Employee | SS No. | Hire Date | Salary | Earnings 1/Rate |
|---|---|---|---|---|
| Simon Nen delevich | 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 | 08/12/2002 | 22,100.00 | Salary  22,100.00 |
| Sueana Dias | 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 | 04/25/2000 | | Hourly Rate  8.00 |
| Teresa Martinez | 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 | 04/10/2002 | | Hourly Rate  7.00 |
| Valentina Nunez | 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 | 03/28/2003 | | Hourly Rate  6.75 |
| William Heredia | 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 | 03/12/2003 | | Hourly Rate  6.50 |
| Yolanda Manzanares | 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 | 09/10/2001 | | Hourly Rate  7.75 |
| Yolanda Perez | 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 | 08/13/2002 | | Hourly Rate  7.50 |

# EXHIBIT I

STIPULATION entered into on November 27, 2006, between LAUNDRY, DRY CLEANING AND ALLIED WORKERS JOINT BOARD-UNITE HERE ("Union") and B&M Linen Corp DBA Miron & Sons Linen Supply("Employer").

1. The collective bargaining agreement covering the period November 28, 2003 through November 27, 2006, between the above named parties ("CBA") shall be extended through November 27, 2009 on all of its existing terms and conditions, except as expressly modified herein.

2. Effective 11/27/06, Minimum Rates (Inside) shall be as follows:

|  | Hiring Rate | Job Rate |
|---|---|---|
| Inside Production | $7.50 | $8.50 |
| Rough Dry Assorter | 7.52 | 8.52 |
| Washer | 8.50 | 9.50 |
| Washroom (other) | 8.25 | 9.25 |
| Engineers | 14.87 | 15.87 |
| Machinists, etc. | 12.86 | 13.86 |
| Carpenters, etc. | 12.74 | 13.74 |
| Fire Person | 12.50 | 13.50 |
| Oiler | 11.84 | 12.84 |
| Auto Mechanics Helper, etc. | 11.75 | 12.75 |
| Truck/Car Washer | 11.43 | 12.43 |
| Porter, etc. | 7.68 | 8.68 |
| Office (Per Week) | 296.00 | 333.50 |

(a) Employees hired on and after 11/28/06 may be hired for up to $1.00 per hour less than their Job Rate (which lower rate is the Hiring Rate shown above) for the first three months of employment, $.75 less for the next three months of employment, $.50 less for the next three months of employment, and $.25 less for the next three months of employment, with a rate to be no less than the Job Rate one year from the date of hiring. Thereafter each employee shall receive a $.30 per hour increase on the next CBA anniversary date and a further $.30 per hour increase on the following CBA anniversary date, if such dates fall within the term of the Collective Bargaining Agreement. For purposes of this provision, the CBA anniversary dates shall be deemed to be 11/26/07 and 12/1/08.

(b) Any employee hired between 11/28/05 and 11/27/06 and not receiving at least the above Hiring Rate as of 11/28/06, shall immediately be brought up to the above Hiring Rate and shall continue to receive the $.25 per hour quarterly increases that such employee was previously receiving (or lesser final quarterly increase) until the Job Rate is achieved, and then a further $.30 per hour increase on each succeeding CBA anniversary date, if such dates fall within the term of the Collective Bargaining Agreement. For purposes of this provision, the CBA anniversary dates shall be deemed to be 11/26/07 and 12/1/08.

(c) Any employee hired prior to 11/28/05 but not earning at least $9.50 per hour shall receive hourly wage increases on 11/27/06, 11/26/07 and 12/01/08, sufficient to bring the hourly rate to $9.50 per hour (but no such increase shall be more than $.50 per



hour, or less than $.30 per hour), and the increases on the above dates <u>after</u> the rate of at least $9.50 has been reached, shall be $.30 per hour.  Those already at the $9.50 hourly rate, shall receive the three $.30 per hour increases, except that Engineers, Machinists, etc., Oilers, etc., and Truck and Car Washers shall receive three $.40 per hour increases.

(d) All of the foregoing is subject to the proviso that any employee already on the payroll as of 11/27/06 and who continues on the payroll through 12/1/08, who is not making at least $9.50 per hour on 12/1/08 (after giving effect to the 12/1/08 hourly wage increase), shall receive an additional hourly increase sufficient to bring such employee to $9.50 per hour.

3.  Non commission route employees (including trailer drivers and helpers) *+ mechanics (m)* receiving at least the minimum for the job, shall receive weekly wage increases of $18, $17, and $17 on 11/27/06, 11/26/07, and 12/01/08, and the minimum increased by the same amounts.

4(a)  The contribution rate to the Insurance Fund (Social Insurance) shall be as follows, effective:

| <u>11/27/06</u> | <u>11/26/07</u> | <u>12/01/08</u> |
|---|---|---|
| 12.9% | 13.6% | 14.3% |

(b)  The contribution rate to the Insurance Fund (Retirement) shall be as follows, effective:

| <u>11//27/06</u> | <u>11/26/07</u> | <u>12/01/08</u> |
|---|---|---|
| 1.1% | 1.4% | 1.6% |

(c)  The contribution rate to the Scholarship and Education and Legal Services Fund effective 11/27/06, shall be .4%.

5.  All references to the name of the Union, shall be changed to "Laundry, Dry Cleaning and Allied Workers joint Board, UNITE HERE".

6.  The Employer agrees to furnish the Union with a ~~quarterly~~ *every 4 months (M)* list of employees in the bargaining unit, including each employee's name, social security number, department, title, home address, phone number, date of hire and rate of pay (to the extent such information is both available and maintained in a computer readable form; the same to be furnished in a computer readable form.

7.  Article6 of the CBA shall be amended by substituting "UNITE HERE TIP Campaign Committee" for "Unite Political Action Committee".

8.  The language of the Family Medical Leave Act shall be attached as an Exhibit to the CBA.

2

9. The Employer shall hold a fire drill at least once per contract year.

10. The Employer shall assure that all supervisory personnel attend a sensitivity training session, at least once during the life of the CBA (Add to Article 45).

11. Article 19 Section A3 shall be amended by inserting "shall be permitted a minimum of one (1) hour per week with pay in order to carry out their duties, but" after the word "stewards" in the first sentence.

12. Article 11 Section H shall be amended to provide that (i) at the written request of the Union, the Employer shall make available to the Union, time cards for copying/inspection, and (ii) paychecks shall indicate vacation pay, sick days and holiday pay.

13. Article 31 shall be amended to provide that bins filled at the Employer's plant shall not exceed 600 pounds, and the Employer shall request of its customers that they do not overload the bins, but that the Employer shall incur no liability or further responsibility if its customers do not honor such request.

14. Article 24 is modified by the substitution of "fifteen (15) working days" for "thirty (30) days".

15. In the event the Union enters into a settlement of its present negotiations for a modification and extension of the collective bargaining agreement covering the period November 28, 2006 through November 27, 2009, with any other employer engaged in hospitality work, and such settlement differs in any material respect from this Final Offer, with respect to its economic terms, it shall immediately notify the Employer of the contents of such settlement and the Employer shall have the option, exercisable within five (5) business days thereafter, of substituting such settlement in place of the terms and conditions contained herein.

*

B&M Linen Corp DBA Miron & Sons Linen
Supply
by: _____
Miron Markus, President


LAUNDRY, DRY CLEANING AND ALLIED
WORKERS JOINT BOARD - UNITE HERE,

by: _____
Wilfredo Larancuent, Manager

9719.doc

* This Stipulation includes a series of agreed-upon side letters as itemized in the attached list provided by union counsel

SIDE LETTER AGREEMENT TO STIPULATION entered into on November 27, 2006 between LAUNDRY, DRY CLEANING AND ALLIED WORKERS JOINT BOARD-UNITE HERE ("Union") and B&M Linen Corp. d/b/a Miron and Sons ("Employer").

1. The terms set forth below supplement and / or modify the stipulation entered into between the parties on November 27, 2006, (herein Stipulation) which extended the parties collective bargaining agreement covering the period November 28, 2003 through November 27, 2006 (herein CBA) to November 27, 2009.

2. Article 2(B) CBA - Recognition / Access:   The parties agree that if a union representative wants to speak with any employee, he shall ask the supervisor or manager for permission to speak privately to the member. Permission shall not be denied and management shall assign a private space for said discussion. The Union shall retain the right to walk the shop floor unaccompanied by management to inspect working conditions without stopping and discussing issues.

3. Article 6 CBA - Union Dues:   Article 6 shall be amended by inserting the following italicized language into the last sentence of the second paragraph to read as follows: "All union dues and initiation fees deducted as aforesaid shall be transmitted by check to the Union not later than the 10th day *after the first payroll period* of each month."

4. Article 7 (B) CBA & Paragraph 2  Stipulation – Minimum Rates:  If the Employer does not employ workers in a particular category listed, the category and pay rate is not applicable to the stipulation. The parties agree that the Employer currently does not employ any Washers. Should the Employer train any employees to operate the tunnels, they will be paid at the Washer rates.

5. Article 7(C)(a) and (b) CBA - Guarantee of Hours:  When needed, every two months, a vote shall be taken among the union members to determine if workers wish to forego the minimum hours guaranteed and be subject to a lay-off based on seniority. If workers vote to forego the guarantee of hours no such employees shall be laid off until the following vote.

6. Article 11, Section G CBA - Posting of Schedule:   The Union and Employer agree to discuss the Employer's assignment of some employees to shifts without consecutive hours and notice of such a schedule.

7. Article 19 § A3 CBA & Paragraph 11  Stipulation- Stewards:  The Employer agrees that the shop stewards shall be permitted a total of one hour per week

with pay to carry out both their duties as set forth in Article 19 A and to participate in the orientation process for new employees described herein:

> The Employer shall give the Union the option to participate in the orientation process for new employees, for a thirty (30) minutes period of time without any representative of the Company present. One Shop Steward shall be allowed to give new employees information about the Union, the Collective Bargaining Agreement and the benefits program for thirty (30) minutes. In advance of the orientation, the Employer shall provide the Union with a list of all new employees who will be involved in the orientation, including each employee's name, social security number, job title, department and employment category. Neither the Employer nor the Union will make any negative references toward each other.

8.  <u>Article 31 CBA & Paragraph 13 Stipulation – Health & Safety:</u>  The parties recognize that on some occasions for some customers, the weight of the bins leaving the Employer premises may as a business necessity have to exceed 600 pounds.  The Employer will notify the union in advance of such occurrences and discuss what additional assistance can be provided to the driver or develop additional solutions for protecting the health and safety of the driver.

9.  <u>Article 35, Section A CBA - Arbitration:</u>  The parties agree to replace Philip Ross and Beverly Gross with two other arbitrators to be mutually determined by the parties.  Daniel Brent, the designated substitute arbitrator, will serve as the designated arbitrator along with the two as yet to be named arbitrators on a rotating basis.

    Wilfredo Larancuent agrees to meet with Miron Markus to discuss any grievance that is scheduled for arbitration prior to the hearing date.

10. Upon the Employer's request, the Union agrees to schedule a meeting with the Insurance and Pension funds administrators, including counsel Mike Schwartz., to perfect an audit and / or determine monies owned by the Employer, if any.

11. The Union agrees to initiate preliminary meetings for renewal of the current collective bargaining agreement in August 2009.

Agreed:_____   _____              _____   _____
        Wilfredo Larancuent    Date              Miron Markus       Date
        Laundry, Dry Cleaning                    Miron and Sons
        Joint Board, UNITE HERE

# EXHIBIT J

QUARTERLY REPORT OF WAGES SUBJECT TO LAUNDRY,
DRY CLEANING & ALLIED INDUSTRIES INSURANCE FUND

CONTINUATION SHEET OF FORM 200 – SECTION–A

# Quarter Ended____MARCH 31, 2007____

SECTION–A – EMPLOYEE'S QUARTERLY EARNINGS REPORT

THIS REPORT IS DUE THIRTY (30) DAYS AFTER THE END OF THE QUARTER.
FAILURE TO FILE REPORTS ON TIME, WILL DELAY PROCESSING OF YOUR EMPLOYEES CLAIMS.

**PLEASE PRINT**

Supplemental Retirement Fund, UNITE HERE
SECTION–B
Data below for Supplemental Retirement Fund.

In Col. 6 indicate for each employee covered by this Fund the type of work performed based on Code:
R–Route Employee                H–Route Helper
E–Engineer                      M–Maintenance

LIST BELOW ALL EMPLOYEES EXCEPT MANAGERS, EXECUTIVES, FOREMEN, FORELADIES AND SUPERVISORS

| TOTAL NO. of Hours worked in Qtr. (1) | Employee's Social Security Number 000–00–0000 (2) | Name of Employee (Please type or print) (3) | Gross Wages Dollars \| Cents (4) | Type of Work (Use Above Code) (6) | No. of Compensable Days Worked this Qtr. by this Employee (7) | Amount Due Column #7 X $1.60 per day (8) |
|---|---|---|---|---|---|---|
| 492 | 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 | Adalaiza Rodriguez | 4,394.60 | | | |
| 466 | 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 | Aissa Dirteye | 4,246.00 | | | |
| 385 | 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 | Alma R. Munoz | 3,943.50 | | | |
| 400 | 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 | Ana Benitez | 4,201.10 | | | |
| 465 | 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 | Andrema Michel | 4,180.00 | | | |
| 369 | 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 | Angela Franco | 3,664.45 | | | |
| 455 | 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 | Antonia Hernandez | 4,030.40 | | | |
| 480 | 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 | Carla Hernandez | 3,095.90 | | | |
| 300 | 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 | Carmen D. Rodriguez | 3,401.20 | | | |
| 475 | 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 | Claudia Alvarez | 4,170.15 | | | |
| 390 | 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 | Clelie Orisme | 4,158.00 | | | |
| 315 | 040-42-402 | Dionicia Hernandez | 3,813.00 | | | |
| 410 | 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 | Epitania Augustin | 4,029.10 | | | |
| 335 | 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 | Francis Fernandez | 3,847.50 | | | |
| | TOTAL WAGES REPORTED FOR THIS PAGE | | $55,174.90 | | | |

001L0055
MIRON & SONS LAUNDRY
220 COSTER STREET
BRONX, NY 10475

Total Due to
Supplemental Retirement
Fund (Transfer this Total
to Line #3 Reconciliation
of payments)                    $

1. If there has been a change of ownership or other transfer of the business during the quarter, give the name of the present owner (individual, partnership or corporation) and the date change took place. _____

2. Do you expect to pay wages subject to the Fund in the future? ☐ Yes  ☐ No

3. If "No", write "Final Return" at right of your name above, and circle # with appropriate reason and furnish the other information requested below:
   (1) Business discontinued  (2) Business transferred to successor  (3) Change in organization  (4) Moved to other location
   (5) Discharged all employees but continued in business  (6) Other (specify)

   Date of final payment of subject wages. _____
   Attach statement showing custodian and location of records.
4. Total pages of this return including this page and any pages of Form 200A _____

### Certification
I declare that this report, including any accompanying schedules and statements has been examined by me and to the best of my knowledge and belief is a true and correct exhibit of employees for whom the firm is obliged to contribute to the Supplemental Retirement Fund have been therein listed.

Signed _____

Title _____

Date _____

RECONCILIATION OF PAYMENTS: FOR THE QUARTER

1. TOTAL WAGES ................................ $ 159,575.53
2. Payments due – 12.00% of above line ........ $ _____
3. Liability to Supplemental Retirement
   Fund for the Quarter as per Section B of this report ___ $ _____
4. Total due (line 2 plus line 3) ............. $ _____
5. Amount paid for this quarter ............... $ _____
6. Balance due ................................ $ _____

FOR FUND USE ONLY
DO NOT WRITE BELOW THIS LINE

| | |
|---|---|
| Payroll Reported | $_____ |
| Liability Ins Fund | $_____ |
| Liability Supp Ret | $_____ |
| Total Liability | $_____ |
| Paid | $_____ |
| Short | $_____ |
| Over | $_____ |

Employer Code _____

Processing Stamp Computer Dept.

EXHIBIT
Markus
20
FE 2/8/07

Please submit to:
Laundry, Dry Cleaning Workers & Allied Industries
Health Fund, Unite Here
c/o Unite Here Fund Administrators
P.O. Box 1436
New York, NY 10116-1436

Form 200

Form-200-A

QUARTERLY REPORT OF WAGES SUBJECT TO LAUNDRY,
DRY CLEANING & ALLIED INDUSTRIES INSURANCE FUND

**Date Quarter Ended MARCH 31, 2007**

Page # 2

Allied Industries Supplemental
Retirement
Fund, Unite Here

Miron & Sons Linen Services
220 Coster st
Bronx N.Y 10474
(Type or print in this space employer's name and address)

Data below for supplemental Retirement Fund.
In Col. 6 indicate for each employee covered by
this Fund the type of work performed based
on Code:

R-Route Employee    H-Route Helper
E-Engineer    M-Maintenance

| TOTAL NO. of hours Worked in Qtr. (1) | Employees Social Security Number 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 (2) | Name of Employee (Please type print) (3) | Gross Wages Dollars Cents(4) | Type of Work (Use Above Code) (6) | No. of Compensable Days Worked this Qtr. by this Employee (7) | Amount Due Column #7 X $1.60 per day (8) |
|---|---|---|---|---|---|---|
| 398 | 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 | Francisco Pena | 4,540.80 | | | |
| 773 | 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 | Gabriela Martinez | 4,220.93 | | | |
| 710 | 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 | Gladys E. Perez | 3,804.00 | | | |
| 661 | 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 | Gracia Blyden | 2,965.05 | | | |
| 570 | 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 | Isabel M. Amaro | 4,455.80 | | | |
| 788 | 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 | Jaqueline Perez | 4,083.16 | | | |
| salary | 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 | Jose Julio Alvarez | 6,760.00 | | | |
| salary | 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 | Jose Lopez | 4,683.71 | | | |
| 514 | 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 | Leonel Cabrera | 4,655.20 | | | |
| 512.5 | 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 | Maritza Cordoba | 3,822.15 | | | |
| salary | 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 | Marquis Mangrum | 7,735.00 | | | |
| 791 | 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 | Miguel E. Figueroa | 3,950.00 | | | |
| 391 | 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 | Mirian Bravo | 4,325.20 | | | |
| salary | 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 | Mocles Rosalva | 5,655.00 | | | |
| 375 | 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 | Modesta Alvarez | 3,916.18 | | | |
| 700 | 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 | Nancy Maisonave | 4,235.50 | | | |
| salary | 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 | Ramay Narimanov | 7,500.00 | | | |
| 663 | 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 | Remedios Aguilar | 4,041.41 | | | |
| 500 | 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 | Rocio Castelan | 3,606.15 | | | |
| 180 | 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 | Rodrigo Vaquero | 4,211.65 | | | |

TOTAL WAGES REPORTED FOR THIS PAGE    $93,166.89

Total Due to Supplemental
Retirement Fund
for this page

Form
#1202

**Form 200-A**

REPORT OF WAGES SUBJECT TO LAUNDRY, DRY CLEANING & ALLIED INDUSTRIES INSURANCE FUND

### Date Quarter Ended MARCH 31, 2007

Laundry, Dry Cleaning Workers & Allied Industries Supplemental Retirement Fund, Unite Here

Miron Sons Laundry
220 Coster St
Bronx N.Y 10474

(Type or print in this space employer's name and address)

Page # 3

Data below for supplemental Retirement Fund. In Col. 6 indicate for each employee covered by this Fund the type of work performed based on Code:

R=Route Employee    H=Route Helper
E=Engineer    M=Maintenance

SECTION-B

| TOTAL NO. of hours Worked in Qtr. (1) | Employees Social Security Number 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 (2) | Name of Employee (Please type print) (3) | Gross Wages Dollars Cents(4) | Type of Work (Use Above Code) (6) | No. of Compensable Days Worked this Qtr. by this Employee (7) | Amount Due Column 47 X $1.60 per day (8) |
|---|---|---|---|---|---|---|
| 489 | 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 | Susana Dias | 4,136.00 | | | |
| 212 | 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 | Wendy Hernandez | 911.64 | | | |
| 155 | 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 | William Heredia | 4,075.30 | | | |
| 338 | 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 | Zenaida Hernandez | 2,110.80 | | | |

TOTAL WAGES REPORTED FOR THIS PAGE   $11,233.74

Total Due to Supplemental Retirement Fund for this page

Form #1202

# B & M Linen Corp
## Employee Earnings Summary
### January 11 through April 5, 2007

| | Salary | Hourly Rate | Overtime Hourly Rate |
|---|---|---|---|
| Adalgiza Rodriguez | 0.00 | 4,394.60 | 748.20 |
| Aissa Djiteye | 0.00 | 4,246.00 | 442.20 |
| Alma R. Munoz | 0.00 | 3,943.50 | 584.55 |
| Ana Benitez | 0.00 | 4,201.10 | 457.95 |
| Andrema Michel | 0.00 | 4,180.00 | 759.00 |
| Angela Franco | 0.00 | 3,664.45 | 205.43 |
| Antonia Hernandez | 0.00 | 4,030.40 | 158.40 |
| Carla Hernandez | 0.00 | 3,095.90 | 0.00 |
| Carmen D. Rodriguez | 0.00 | 3,401.20 | 534.60 |
| Claudia Alvarez | 0.00 | 4,170.15 | 646.44 |
| Cielie Orisme | 0.00 | 4,158.00 | 270.60 |
| Dionicia Hernandez | 0.00 | 3,813.00 | 505.29 |
| Epifania Augustin | 0.00 | 4,029.10 | 51.60 |
| Francis Fernandez | 0.00 | 3,847.50 | 97.22 |
| Francisco Pena | 0.00 | 4,540.80 | 3,057.30 |
| Gabriela Martinez | 0.00 | 4,220.93 | 431.94 |
| Gladys E. Perez | 0.00 | 3,804.00 | 108.23 |
| Gracia Blyden | 0.00 | 2,965.05 | 0.00 |
| Isabel M. Amaro | 0.00 | 4,455.80 | 504.24 |
| Jaqoeline Perez | 0.00 | 4,083.16 | 463.24 |
| Jose Julio Alverez | 6,760.00 | 0.00 | 0.00 |
| Jose Lopez | 4,683.71 | 0.00 | 0.00 |
| Leonel Cabrera | 0.00 | 4,655.20 | 2,607.00 |
| Maritza Cordoba | 0.00 | 3,822.15 | 485.56 |
| Marquis Mangrum | 7,735.00 | 0.00 | 0.00 |
| Miguel E. Figueroa | 0.00 | 3,950.00 | 1,002.76 |
| Mirian Bravo | 0.00 | 4,325.20 | 442.20 |
| Mocles Rosalva | 5,655.00 | 0.00 | 0.00 |
| Modesta Alvarez | 0.00 | 3,916.18 | 112.68 |
| Nancy Maisonave | 0.00 | 4,235.50 | 632.10 |
| Ramay Narimanov | 7,500.00 | 0.00 | 0.00 |
| Remedios Aguilar | 0.00 | 4,041.41 | 663.56 |
| Rocio Castelari | 0.00 | 3,606.15 | 163.80 |
| Rodrigo Vaquero | 0.00 | 4,211.65 | 864.92 |
| Susana Dias | 0.00 | 4,136.00 | 567.60 |
| Wendy Hernandez | 0.00 | 911.64 | 93.90 |
| William Heredia | 0.00 | 4,075.30 | 317.48 |
| Zenaida Hernandez | 0.00 | 2,110.80 | 18.00 |
| TOTAL | 32,333.71 | 127,241.82 | 17,997.99 |