**EXHIBIT BB**

DEF 3

```
10:12:17 Oct 15 2007    ** E M P L O Y E R   R E C E I P T S   R E P O R T **

** Print Criteria Page **

Run Number              : A25579
Criteria Name           : EF AGT2 JOB ALL
Sort By         :
                        Employer Name
                        Work Period
Total By        :
                        Employer Number
Break Page      :       Employer Number

Report Title                            : JOBBER LEDGER
Print Employer Address                  : N
Print Employer Audit Info               : N
Employer Report Count                   : G
Total on Funds Within Refno             : N
Use Fund Distribution                   : N
Print Blank Line bet. Refno.            : N
Employer Status Date                    : Both
Contract Link Date                      : Both
Break Down Totals By Fund               : N

Single/List/All                         : A
Employer/Report Reference Number        :
List Name/Key                           :
Receive From Date                       :
Receive Thru Date                       :
Posting From Date                       :
Posting Thru Date                       :
Work Period From                        : 200501
Work Period Thru                        : 200512
Close Period From                       :
Close Period Thru                       :
Totals Only                             :
Deposit Date From                       :
Deposit Date Thru                       :
Employer Status From Date               : 10/15/2007
Employer Status Thru Date               : 10/15/2007
Contract Effective Date                 :
Contract Expiration Date                :

Group       Fund        Contract    App         Area        Dep Type    Region      Rate        Local       Association Empl Type
To Include  To Include  To Include  To Include  To Include  To Include  To Include  To Include  To Include  To Include  To Include
==========  ==========  ==========  ==========  ==========  ==========  ==========  ==========  ==========  ==========  ==========
                                                            JE
                                                            CP
                                                            DP
                                                            BW
                                                            CA
                                                            CS
                                                            CC
                                                            CAI

Dist. Cncl  Tax Id (EIN)  Employer Sts  Remitter
To Include  To Include    To Include
==========  ============  ============  ==========
                                        001L0055

Fund/App/Shift Criteria
```

```
10:12:17 Oct 15 2007    ** E M P L O Y E R   R E C E I P T S   R E P O R T **          Page 1
JOBBER LEDGER
Emp Num  001L0055
                                                   Work Period Range : 200501 - 200512

Emp Num  PAID FOR                Dep Date DpTy PER FROM  PER TO    App  Rep Qty     Rate     Rep Amount Fund  Report Bal.  Rpt Ref
-------  --------                -------- ---- --------  --------  ---  --------    -------- ---------- ----  -----------  -------
001L0055 MIRON & SONS LAUNDRY    02/25/05  CC  12/27/04  01/21/05  GW   55385.97    0.01250    6923.25  LFG      0.00      AF2588
                                                12/27/04  01/21/05  HW      0.00    0.00000       0.00  LFHW     0.00
                                                12/27/04  01/21/05  AHW     0.00    0.00000       0.00  LFMC     0.00
001L0055 MIRON & SONS LAUNDRY    04/04/05  CC  01/24/05  02/25/05  GW   66988.44    0.01250    8298.56  LFG      0.00      AF7452
                                                01/24/05  02/25/05  HW      0.00    0.00000       0.00  LFHW     0.00
                                                01/24/05  02/25/05  AHW     0.00    0.00000       0.00  LFMC     0.00
001L0055 MIRON & SONS LAUNDRY    04/13/05  CC  01/24/05  03/25/05  MC     46.00    0.00000       0.00  LFMC     0.00      AF8504
                                                02/28/05  03/25/05  GW   57535.41    0.01250    7191.92  LFG     -0.01
                                                02/28/05  03/25/05  HW      0.00    0.00000       0.00  LFHW     0.00
                                                02/28/05  03/25/05  AHW     0.00    0.00000       0.00  LFW      0.00
001L0055 MIRON & SONS LAUNDRY    06/20/05  CC  02/28/05  03/25/05  MC     44.00    0.00000       0.00  LFMC     0.00      AG6945
                                                03/28/05  04/29/05  GW   68318.18    0.01250    8539.78  LFG      0.01
                                                03/28/05  04/29/05  HW      0.00    0.00000       0.00  LFW      0.00
                                                03/28/05  04/29/05  AHW     0.00    0.00000       0.00  LFHW     0.00
001L0055 MIRON & SONS LAUNDRY    06/27/05  CC  03/28/05  04/29/05  MC    204.00    0.00000       0.00  LFMC     0.00      AG7778
                                                05/02/05  05/27/05  GW   55657.64    0.01250    6953.46  LFG     -3.75
                                                05/02/05  05/27/05  HW      0.00    0.00000       0.00  LFW      0.00
                                                05/02/05  05/27/05  AHW     0.00    0.00000       0.00  LFHW     0.00
001L0055 MIRON & SONS LAUNDRY    06/27/05  CC  05/02/05  05/27/05  MC      0.00    0.00000       0.00  LFMC     0.00      AG7807
                                                05/02/05  05/27/05  GW  -55657.64    0.01250   -6953.46  LFG     3.75
                                                05/02/05  05/27/05  HW      0.00    0.00000       0.00  LFW      0.00
                                                05/02/05  05/27/05  AHW     0.00    0.00000       0.00  LFHW     0.00
001L0055 MIRON & SONS LAUNDRY    06/27/05  CC  05/02/05  05/27/05  MC      0.00    0.00000       0.00  LFMC     0.00      AG7808
                                                05/02/05  05/27/05  GW   55627.64    0.01250    6953.46  LFG      0.00
                                                05/02/05  05/27/05  HW      0.00    0.00000       0.00  LFW      0.00
                                                05/02/05  05/27/05  AHW     0.00    0.00000       0.00  LFHW     0.00
001L0055 MIRON & SONS LAUNDRY    07/21/05  CC  05/30/05  06/24/05  MC      0.00    0.00000       0.00  LFMC     0.00      AH0691
                                                05/30/05  06/24/05  GW   58351.56    0.01250    7293.95  LFG      0.00
                                                05/30/05  06/24/05  HW      0.00    0.00000       0.00  LFW      0.00
                                                05/30/05  06/24/05  AHW     0.00    0.00000       0.00  LFHW     0.00
001L0055 MIRON & SONS LAUNDRY    08/16/05  CC  06/27/05  07/29/05  MC     42.00    0.00000       0.00  LFMC     0.00      AH3770
                                                06/27/05  07/29/05  GW   75176.89    0.01250    9397.14  LFG      0.03
                                                06/27/05  07/29/05  HW      0.00    0.00000       0.00  LFW      0.00
                                                06/27/05  07/29/05  AHW     0.00    0.00000       0.00  LFHW     0.00
001L0055 MIRON & SONS LAUNDRY    09/26/05  CC  08/01/05  08/26/05  MC      0.00    0.00000       0.00  LFMC     0.00      AH8222
                                                08/01/05  08/26/05  GW   54011.74    0.01250    6751.47  LFG      0.00
                                                08/01/05  08/26/05  HW      0.00    0.00000       0.00  LFW      0.00
                                                08/01/05  08/26/05  AHW     0.00    0.00000       0.00  LFHW     0.00
001L0055 MIRON & SONS LAUNDRY    10/20/05  CC  08/29/05  09/23/05  MC      0.00    0.00000       0.00  LFMC     0.00      AI1506
                                                08/29/05  09/23/05  GW   50709.89    0.01250    6338.74  LFG      0.00
                                                08/29/05  09/23/05  HW      0.00    0.00000       0.00  LFW      0.00
                                                08/29/05  09/23/05  AHW     0.00    0.00000       0.00  LFHW     0.00
001L0055 MIRON & SONS LAUNDRY    10/20/05  CC  08/29/05  09/23/05  MC     36.00    0.00000       0.00  LFMC     0.00      AI1507
                                                09/26/05  09/30/05  GW  12884.64    0.01250    1610.58  LFG      0.00
                                                09/26/05  09/30/05  HW      0.00    0.00000       0.00  LFW      0.00
                                                09/26/05  09/30/05  AHW     0.00    0.00000       0.00  LFHW     0.00
001L0055 MIRON & SONS LAUNDRY    12/15/05  CC  09/26/05  09/30/05  MC     39.00    0.00000       0.00  LFMC     0.00      AI8716
                                                10/03/05  10/28/05  GW   56565.94    0.01250    7070.75  LFG      0.01
                                                10/03/05  10/28/05  HW      0.00    0.00000       0.00  LFHW     0.00
                                                10/03/05  10/28/05  AHW     0.00    0.00000       0.00  LFW      0.00
```

```
10:12:17 Oct 15 2007    ** E M P L O Y E R   R E C E I P T S   R E P O R T **           Page 2

JOBBER LEDGER

Emp Num  001L0055

                                                        Work Period Range  : 200501 - 200512
Emp Num  PAID FOR                 Dep Date  DpTy PER FROM  PER TO   App   Rep Qty     Rate    Rep Amount Fund    Report Bal.  Rpt Ref
-------  --------                 --------  ---- --------  --------  ---   -------   -------   ---------- ----    -----------  -------
001L0055 MIRON & SONS LAUNDRY     01/06/06  CC   10/03/05  10/28/05 MC      44.00    0.00000         0.00 LFMC          0.00
                                                 10/31/05  11/25/05 GW   60425.91    0.01250      7553.24 LFG           0.00  AJ0608
                                                 10/31/05  11/25/05 HW       0.00    0.00000         0.00 LFHW          0.00
                                                 10/31/05  11/25/05 AHW      0.00    0.00000         0.00 LFW           0.00
                                                 10/31/05  11/25/05 MC      44.00    0.00000         0.00 LFMC          0.00
001L0055 MIRON & SONS LAUNDRY     01/25/06  CC   11/28/05  12/23/05 GW   55992.77    0.01300      6999.11 LFG        -279.95  AJ2790
                                                 11/28/05  12/23/05 HW       0.00    0.00000         0.00 LFHW          0.00
                                                 11/28/05  12/23/05 AHW      0.00    0.00000         0.00 LFW           0.00
                                                 11/28/05  12/23/05 MC      45.00    0.00000         0.00 LFMC          0.00
                                                                        ==========              ==========           ========
                                                                        727918.98                 90921.95            -279.91
TOTALS FOR Employer Number 001L0055
```

JOBBER LEDGER

*** GRAND TOTALS ***

| Emp Num | PAID FOR | Dep Date | DpTy | PER FROM | PER TO | App | Rep Qty | Rate | Rep Amount | Fund | Report Bal. | Rpt Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GW | 671382.21 | 0.01250 | 83922.84 | LFG | 0.04 | |
| | | | | | | GW | 55992.77 | 0.01300 | 6999.11 | LFG | -279.95 | |
| | | | | | | | 727374.98 | | 90921.95 | | -279.91 | |
| | | | | | | HW | 0.00 | 0.00000 | 0.00 | LFHW | 0.00 | |
| | | | | | | AHW | 0.00 | 0.00000 | 0.00 | LFW | 0.00 | |
| | | | | | | MC | 544.00 | 0.00000 | 0.00 | LFWC | 0.00 | |
| | | | | | | | 727918.98 | | 90921.95 | | -279.91 | |

TOTAL EMPLOYERS : 1
TOTAL REPORTS   : 15

# EXHIBIT CC

10:13:29 Oct 15 2007     ** E M P L O Y E R   R E C E I P T S   R E P O R T **

** Print Criteria Page **

```
Run Number           : A25579
Criteria Name        : EF ACT2 JOB ALL
Sort By              :
         Employer Name
         Work Period
Total By             :
         Employer Number
Break Page           :
         Employer Number

Report Title                      : JOBBER LEDGER
Print Employer Address            : N
Print Employer Audit Info         : N
Employer Report Count             : G
Total on Funds Within Refno       : N
Use Fund Distribution             : N
Print Blank Line bet. Refno.      : N
Employer Status Date              : Both
Contract Link Date                : Both
Break Down Totals By Fund         : N

Single/List/All                   : A
Employer/Report Reference Number  :
List Name/Key                     :
Receive From Date                 :
Receive Thru Date                 :
Posting From Date                 :
Posting Thru Date                 :
Work Period From                  : 200601
Work Period Thru                  : 200612
Close Period From                 :
Close Period Thru                 :
Totals Only                       :
Deposit Date From                 :
Deposit Date Thru                 :
Employer Status From Date         : 10/15/2007
Employer Status Thru Date         : 10/15/2007
Contract Effective Date           :
Contract Expiration Date          :
```

| Group To Include | Fund To Include | Contract To Include | App To Include | Area To Include | Dep Type To Include | Region To Include | Rate To Include | Local To Include | Association To Include | Empl Type To Include |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | JE | | | | | |
| | | | | | GP | | | | | |
| | | | | | DP | | | | | |
| | | | | | BW | | | | | |
| | | | | | CA | | | | | |
| | | | | | CS | | | | | |
| | | | | | CC | | | | | |
| | | | | | CAI | | | | | |

| Dist. Cncl To Include | Tax Id (EIN) To Include | Employer Sts Remitter To Include |
|---|---|---|
| | | 001L0055 |

Fund/App/Shift Criteria

```
10:13:29 Oct 15 2007    ** E M P L O Y E R   R E C E I P T S   R E P O R T **                                   Page 1
JOBBER LEDGER
Emp Num  001L0055
                                                                        Work Period Range : 200601 - 200612

Emp Num  PAID FOR             Dep Date  DpTy  PER FROM   PER TO    App  Rep Qty      Rate      Rep Amount  Fund   Report Bal.  Rpt Ref
-------  --------             --------  ----  --------   --------  ---  --------     -------   ----------  ----   -----------  -------
001L0055 MIRON & SONS LAUNDRY 01/25/06  CC    12/26/05   12/30/05  GW   15898.95     0.01300      1987.37  LFG         -79.49  AJ2791
                                              12/26/05   12/30/05  HW       0.00     0.00000         0.00  LFHW          0.00
                                              12/26/05   12/30/05  AHW      0.00     0.00000         0.00  LFW           0.00
                                              12/26/05   12/30/05  MC      45.00     0.00000         0.00  LFMC          0.00
001L0055 MIRON & SONS LAUNDRY 03/17/06  CC    01/02/06   01/27/06  GW   50418.85     0.01300      6554.46  LFG           0.01  AJ9050
                                              01/02/06   01/27/06  HW       0.00     0.00000         0.00  LFHW          0.00
                                              01/02/06   01/27/06  AHW      0.00     0.00000         0.00  LFW           0.00
                                              01/02/06   01/27/06  MC      45.00     0.00000         0.00  LFMC          0.00
001L0055 MIRON & SONS LAUNDRY 04/10/06  CC    01/30/06   02/24/06  GW   52564.95     0.01300      6833.42  LFG          -0.02  AK2158
                                              01/30/06   02/24/06  HW       0.00     0.00000         0.00  LFHW          0.00
                                              01/30/06   02/24/06  AHW      0.00     0.00000         0.00  LFW           0.00
                                              01/30/06   02/24/06  MC      42.00     0.00000         0.00  LFMC          0.00
001L0055 MIRON & SONS LAUNDRY 05/18/06  CC    02/27/06   03/24/06  GW   49115.97     0.01300      6385.07  LFG          -0.01  AK6853
                                              02/27/06   03/24/06  HW       0.00     0.00000         0.00  LFHW          0.00
                                              02/27/06   03/24/06  AHW      0.00     0.00000         0.00  LFW           0.00
                                              02/27/06   03/24/06  MC       0.00     0.00000         0.00  LFMC          0.00
001L0055 MIRON & SONS LAUNDRY 05/16/06  CC    03/27/06   03/31/06  GW   12372.73     0.01300      1608.45  LFG           0.00  AK6852
                                              03/27/06   03/31/06  HW       0.00     0.00000         0.00  LFHW          0.00
                                              03/27/06   03/31/06  AHW      0.00     0.00000         0.00  LFW           0.00
                                              03/27/06   03/31/06  MC       0.00     0.00000         0.00  LFMC          0.00
001L0055 MIRON & SONS LAUNDRY 06/06/06  CC    04/03/06   04/28/06  GW   51218.18     0.01300      6658.35  LFG          -0.01  AK9383
                                              04/03/06   04/28/06  HW       0.00     0.00000         0.00  LFHW          0.00
                                              04/03/06   04/28/06  AHW      0.00     0.00000         0.00  LFW           0.00
                                              04/03/06   04/28/06  MC       0.00     0.00000         0.00  LFMC          0.00
001L0055 MIRON & SONS LAUNDRY 07/05/06  CC    05/01/06   05/05/06  GW   11505.93     0.01300      1495.77  LFG           0.00  AL3959
                                              05/01/06   05/05/06  HW       0.00     0.00000         0.00  LFHW          0.00
                                              05/01/06   05/05/06  AHW      0.00     0.00000         0.00  LFW           0.00
                                              05/01/06   05/05/06  MC      37.00     0.00000         0.00  LFMC          0.00
001L0055 MIRON & SONS LAUNDRY 07/05/06  CC    05/08/06   05/12/06  GW   10726.07     0.01300      1394.38  LFG          -0.01  AL3960
                                              05/08/06   05/12/06  HW       0.00     0.00000         0.00  LFHW          0.00
                                              05/08/06   05/12/06  AHW      0.00     0.00000         0.00  LFW           0.00
                                              05/08/06   05/12/06  MC      36.00     0.00000         0.00  LFMC          0.00
001L0055 MIRON & SONS LAUNDRY 07/05/06  CC    05/15/06   05/19/06  GW   11020.40     0.01300      1432.65  LFG           0.00  AL3962
                                              05/15/06   05/19/06  HW       0.00     0.00000         0.00  LFHW          0.00
                                              05/15/06   05/19/06  AHW      0.00     0.00000         0.00  LFW           0.00
                                              05/15/06   05/19/06  MC      36.00     0.00000         0.00  LFMC          0.00
001L0055 MIRON & SONS LAUNDRY 07/05/06  CC    05/22/06   05/26/06  GW   11520.26     0.01300      1497.63  LFG           0.00  AL3963
                                              05/22/06   05/26/06  HW       0.00     0.00000         0.00  LFHW          0.00
                                              05/22/06   05/26/06  AHW      0.00     0.00000         0.00  LFW           0.00
                                              05/22/06   05/26/06  MC       0.00     0.00000         0.00  LFMC          0.00
001L0055 MIRON & SONS LAUNDRY 08/04/06  CC    05/29/06   06/23/06  GW   42426.81     0.01300      5515.47  LFG          -0.02  AL7560
                                              05/29/06   06/23/06  HW       0.00     0.00000         0.00  LFHW          0.00
                                              05/29/06   06/23/06  AHW      0.00     0.00000         0.00  LFW           0.00
                                              05/29/06   06/23/06  MC      37.00     0.00000         0.00  LFMC          0.00
001L0055 MIRON & SONS LAUNDRY 08/04/06  CC    06/26/06   06/30/06  GW    9531.75     0.01300      1239.12  LFG          -0.01  AL7559
                                              06/26/06   06/30/06  HW       0.00     0.00000         0.00  LFHW          0.00
                                              06/26/06   06/30/06  AHW      0.00     0.00000         0.00  LFW           0.00
                                              06/26/06   06/30/06  MC      36.00     0.00000         0.00  LFMC          0.00
001L0055 MIRON & SONS LAUNDRY 09/06/06  CC    07/03/06   07/28/06  GW   38196.08     0.01300      4965.48  LFG          -0.01  AM1453
                                              07/03/06   07/28/06  HW       0.00     0.00000         0.00  LFHW          0.00
                                              07/03/06   07/28/06  AHW      0.00     0.00000         0.00  LFW           0.00
```

```
10:13:29 Oct 15 2007      ** EMPLOYER  RECEIPTS  REPORT **                    Page 2
JOBBER LEDGER
Emp Num  001L0055
                                                      Work Period Range : 200601 - 200612
Emp Num   PAID FOR                    Dep Date  DpTy  PER FROM  PER TO   App   Rep Qty      Rate     Rep Amount  Fund   Report Bal.  Rpt Ref
-------   --------                    --------  ----  --------  -------- ---   -------      ----     ----------  ----   -----------  -------
001L0055  MIRON & SONS LAUNDRY        10/23/06  CC    07/03/06  07/28/06 MC         0.00   0.00000          0.00  LFMC         0.00
                                                      07/31/06  08/25/06 GW     40023.54   0.01300       5203.03  LFG         -0.03   AN3259
                                                      07/31/06  08/25/06 HW         0.00   0.00000          0.00  LFHW         0.00
                                                      07/31/06  08/25/06 AHW        0.00   0.00000          0.00  LFW          0.00
001L0055  MIRON & SONS LAUNDRY        10/30/06  CC    08/28/06  09/22/06 MC         0.00   0.00000          0.00  LFMC         0.00
                                                      08/28/06  09/22/06 GW     43224.87   0.01300       5619.22  LFG         -0.01   AM4325
                                                      08/28/06  09/22/06 HW         0.00   0.00000          0.00  LFHW         0.00
                                                      08/28/06  09/22/06 AHW        0.00   0.00000          0.00  LFW          0.00
001L0055  MIRON & SONS LAUNDRY        10/30/06  CC    09/25/06  09/29/06 MC         0.00   0.00000          0.00  LFMC         0.00
                                                      09/25/06  09/29/06 GW     10993.26   0.01300       1429.12  LFG          0.00   AM4326
                                                      09/25/06  09/29/06 HW         0.00   0.00000          0.00  LFHW         0.00
                                                      09/25/06  09/29/06 AHW        0.00   0.00000          0.00  LFW          0.00
001L0055  MIRON & SONS LAUNDRY        12/13/06  CC    10/02/06  10/27/06 MC        36.00   0.00000          0.00  LFMC        -0.01   A00647
                                                      10/02/06  10/27/06 GW     51003.11   0.01300       6630.39  LFG          0.00
                                                      10/02/06  10/27/06 HW         0.00   0.00000          0.00  LFHW         0.00
                                                      10/02/06  10/27/06 AHW        0.00   0.00000          0.00  LFW          0.00
001L0055  MIRON & SONS LAUNDRY        01/19/07  CC    10/30/06  11/24/06 MC         0.00   0.00000          0.00  LFMC         0.00
                                                      10/30/06  11/24/06 GW     55533.45   0.01440       7219.33  LFG       -777.49   A04910
                                                      10/30/06  11/24/06 HW         0.00   0.00000          0.00  LFHW         0.00
                                                      10/30/06  11/24/06 AHW        0.00   0.00000          0.00  LFW          0.00
001L0055  MIRON & SONS LAUNDRY        01/19/07  CC    11/27/06  12/01/06 MC         0.00   0.00000          0.00  LFMC         0.00
                                                      11/27/06  12/01/06 GW     13431.46   0.01440       1746.08  LFG       -188.05   A04911
                                                      11/27/06  12/01/06 HW         0.00   0.00000          0.00  LFHW         0.00
                                                      11/27/06  12/01/06 AHW        0.00   0.00000          0.00  LFW          0.00
001L0055  MIRON & SONS LAUNDRY        01/19/07  CC    10/30/06  11/24/06 MC         0.00   0.00000          0.00  LFMC         0.00
                                                      10/30/06  11/24/06 GW    -55533.45   0.01440      -7219.33  LFG        777.49   A06117
                                                      10/30/06  11/24/06 HW         0.00   0.00000          0.00  LFHW         0.00
                                                      10/30/06  11/24/06 AHW        0.00   0.00000          0.00  LFW          0.00
001L0055  MIRON & SONS LAUNDRY        01/19/07  CC    11/27/06  11/24/06 MC         0.00   0.00000          0.00  LFMC         0.00
                                                      11/27/06  11/24/06 GW     55533.45   0.01300       7219.35  LFG          0.00   A06118
                                                      11/27/06  11/24/06 HW         0.00   0.00000          0.00  LFHW         0.00
                                                      11/27/06  11/24/06 AHW        0.00   0.00000          0.00  LFW          0.00
001L0055  MIRON & SONS LAUNDRY        01/31/07  CC    12/04/06  12/22/06 MC         0.00   0.00000          0.00  LFMC         0.00
                                                      12/04/06  12/22/06 GW     39960.32   0.01440       5754.27  LFG         -0.02   A06572
                                                      12/04/06  12/22/06 HW         0.00   0.00000          0.00  LFHW         0.00
                                                      12/04/06  12/22/06 AHW        0.00   0.00000          0.00  LFW          0.00
001L0055  MIRON & SONS LAUNDRY        02/21/07  CC    11/27/06  12/01/06 MC         0.00   0.00000          0.00  LFMC         0.00
                                                      11/27/06  12/01/06 GW         0.00   0.00000          0.00  LFG          0.00
                                                      11/27/06  12/01/06 HW        188.05   0.01440        188.05  LFHW       188.05   A09230
                                                      11/27/06  12/01/06 AHW        0.00   0.00000          0.00  LFW          0.00
                                                      11/27/06  12/01/06 MC         0.00   0.00000          0.00  LFMC         0.00
                                                                                ==========              ==========          ========
TOTALS FOR Employer Number 001L0055                                              621036.94               81357.13            -79.64
```

```
10:13:29 Oct 15 2007    ** E M P L O Y E R   R E C E I P T S   R E P O R T **                Page 3

JOBBER LEDGER

*** GRAND TOTALS ***

Emp Num  PAID FOR              Dep Date DpTy PER FROM  PER TO App    Rep Qty       Rate   Rep Amount Fund    Report Bal. Rpt Ref
-------  --------              ----------------------  ----------    -------       ----   ---------- ----    ----------- -------
                                                              GW   567295.16    0.01300    73668.73 LFG            -79.62
                                                              GW    53391.78    0.01440     7688.40 LFG             -0.02
                                                                   ---------                --------              ------
                                                                   620686.94                81357.13              -79.64

                                                              HW        0.00    0.00000        0.00 LFHW            0.00
                                                              AHW       0.00    0.00000        0.00 LFW             0.00
                                                              MC      350.00    0.00000        0.00 LFMC            0.00
                                                                   =========                ========              ======
                                                                   621036.94                81357.13              -79.64


TOTAL EMPLOYERS : 1
TOTAL REPORTS   : 23
```

# EXHIBIT DD



--- F.Supp.2d ----
--- F.Supp.2d ----, 2008 WL 501362 (S.D.N.Y.)
(Cite as: --- F.Supp.2d ----)

Page 1

The Trustees of the UNITE HERE National Health Fund v. JY Apparels, Inc.
S.D.N.Y.,2008.
Only the Westlaw citation is currently available.
United States District Court,S.D. New York.
THE TRUSTEES OF THE UNITE HERE NATIONAL HEALTH FUND and the Trustees of the Unite Here National Retirement Fund, Petitioners,
v.
JY APPARELS, INC., Respondent.
No. 07 Civ. 6515(RJH).

Feb. 19, 2008.

**Background:** Employee benefit funds petitioned to confirm arbitration award against employer.

**Holdings:** The District Court, Richard J. Holwell, J., held that:
(1) court would confirm arbitration award, and
(2) award of costs and interest was warranted.

Petition granted.

**[1] Alternative Dispute Resolution 25T €═357**

25T Alternative Dispute Resolution
　　25TII Arbitration
　　　　25TII(H) Review, Conclusiveness, and Enforcement of Award
　　　　　　25Tk353 Confirmation or Acceptance by Court
　　　　　　　　25Tk357 k. Proceedings. Most Cited Cases

**Alternative Dispute Resolution 25T €═363(9)**

25T Alternative Dispute Resolution
　　25TII Arbitration
　　　　25TII(H) Review, Conclusiveness, and Enforcement of Award
　　　　　　25Tk360 Impeachment or Vacation
　　　　　　　　25Tk363 Motion to Set Aside or Vacate
　　　　　　　　　　25Tk363(9) k. Determination and Disposition. Most Cited Cases
Default judgments in proceedings to confirm or vacate arbitration award are generally inappropriate.

**[2] Alternative Dispute Resolution 25T €═357**

25T Alternative Dispute Resolution
　　25TII Arbitration
　　　　25TII(H) Review, Conclusiveness, and Enforcement of Award
　　　　　　25Tk353 Confirmation or Acceptance by Court
　　　　　　　　25Tk357 k. Proceedings. Most Cited Cases

**Alternative Dispute Resolution 25T €═363(1)**

25T Alternative Dispute Resolution
　　25TII Arbitration
　　　　25TII(H) Review, Conclusiveness, and Enforcement of Award
　　　　　　25Tk360 Impeachment or Vacation
　　　　　　　　25Tk363 Motion to Set Aside or Vacate
　　　　　　　　　　25Tk363(1) k. In General. Most Cited Cases
Generally, a district court should treat an unanswered petition to confirm/vacate arbitration award as an unopposed motion for summary judgment.

**[3] Alternative Dispute Resolution 25T €═357**

25T Alternative Dispute Resolution
　　25TII Arbitration
　　　　25TII(H) Review, Conclusiveness, and Enforcement of Award
　　　　　　25Tk353 Confirmation or Acceptance by Court
　　　　　　　　25Tk357 k. Proceedings. Most Cited Cases
Normally, confirmation of an arbitration award is a summary proceeding that merely makes what is already a final arbitration award a judgment of the

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

--- F.Supp.2d ----
--- F.Supp.2d ----, 2008 WL 501362 (S.D.N.Y.)
(Cite as: --- F.Supp.2d ----)

Page 2

court, and the court must grant the award unless the award is vacated, modified, or corrected.

[4] Alternative Dispute Resolution 25T €→358

25T Alternative Dispute Resolution
    25TII Arbitration
        25TII(H) Review, Conclusiveness, and Enforcement of Award
            25Tk353 Confirmation or Acceptance by Court
                25Tk358 k. Scope of Inquiry. Most Cited Cases
Only a barely colorable justification for the outcome reached by the arbitrators is necessary to confirm the award.

[5] Alternative Dispute Resolution 25T €→329

25T Alternative Dispute Resolution
    25TII Arbitration
        25TII(G) Award
            25Tk327 Mistake or Error
                25Tk329 k. Error of Judgment or Mistake of Law. Most Cited Cases
The court must enter judgment for the party seeking to confirm arbitration award unless the opposing party shows that the award was based on a manifest disregard for the law.

[6] Labor and Employment 231H €→1595(4)

231H Labor and Employment
    231HXII Labor Relations
        231HXII(H) Alternative Dispute Resolution
            231HXII(H)4 Proceedings
                231Hk1590 Award
                    231Hk1595 Particular Awards in General
                      231Hk1595(4) k. Pensions and Other Benefits. Most Cited Cases
Confirmation of arbitration award entered against employer and in favor of employee benefit funds due to employer's failure to make its required contributions to funds was warranted; employer offered no opposition to award, arbitrator sufficiently justified his conclusion, arbitrator based damages on an audit of employer's payroll records conducted by the funds, arbitrator noted that funds demanded payment and employer refused, and arbitrator did not manifestly disregard the law.

[7] Interest 219 €→31

219 Interest
    219II Rate
        219k31 k. Computation of Rate in General. Most Cited Cases

Interest 219 €→39(1)

219 Interest
    219III Time and Computation
        219k39 Time from Which Interest Runs in General
            219k39(1) k. In General. Most Cited Cases

Labor and Employment 231H €→1631

231H Labor and Employment
    231HXII Labor Relations
        231HXII(H) Alternative Dispute Resolution
            231HXII(H)5 Judicial Review and Enforcement
                231Hk1631 k. Costs and Attorney Fees. Most Cited Cases
Award of interest and court costs incurred by employee benefit funds during successful proceeding to confirm arbitration award against employer was warranted under ERISA; interest and court costs would be calculated at a rate of one percent per month for period spanning from date of the arbitration award to date funds applied for default judgment on their petition to confirm arbitration award, as set forth in collective bargaining agreement (CBA) under which funds were established. Employee Retirement Income Security Act of 1974, § 502(g)(2)(B, D), 29 U.S.C.A. §§ 1132(g)(2)(B, D); Labor-Management Reporting and Disclosure Act of 1959, § 502(g)(2), 29 U.S.C.A. § 502(g)(2).

Mark Schwartz, Amalgamated Life Insurance Co.

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

http://web2.westlaw.com/print/printstream.aspx?prft=HTMLE&destination=atp&sv=Split    3/21/2008

--- F.Supp.2d ----
--- F.Supp.2d ----, 2008 WL 501362 (S.D.N.Y.)
(Cite as: --- F.Supp.2d ----)

Page 3

Inc., New York City, for Petitioners.

### MEMORANDUM OPINION AND ORDER

RICHARD J. HOLWELL, District Judge.
*1 On July 19, 2007, Trustees of the UNITE HERE National Health Fund and the Trustees of the UNITE HERE National Retirement Fund, filed a petition to confirm an arbitration award against JY Apparels, Inc. Service of the summons and complaint was made on the respondent on July 25, 2007. Respondent did not answer the complaint or otherwise move with respect to the petition. This Court has examined the record upon which the arbitration award was based, *D.H. Blair & Co., Inc., v. Gottdiener,* 462 F.3d 95 (2d Cir.2006), and for the reasons stated below, grants the petition to confirm the arbitration award.

### BACKGROUND

The dispute stems from a collective bargaining agreement (the "Agreement") between the Amalgamated Clothing and Textile Workers Union, AFL-CIO, CLC, presently known as UNITE HERE, and employers in the clothing industry. The petitioners are employee benefit funds established under the Agreement and the respondent is a party to the Agreement. The Agreement obligates respondent to contribute to the funds based upon a specified percentage of its gross payroll.

Respondent failed to make its required contributions to the funds from April 1, 2006, to May 30, 2006. Pursuant to the Agreement, the petitioners referred the dispute to arbitration. They served a notice of arbitration on the respondent on November 27, 2006. The respondents did not move for a stay of arbitration. The arbitration hearing was held on December 19, 2006. Neither the respondents nor any representative of the respondents appeared at the hearing. The arbitrator, Dr. Phillip Ross, examined the evidence presented by the petitioners and found that the respondent violated the Agreement by failing to contribute to the funds.

The arbitrator calculated damages based on evidence that showed the respondent's contributions to the funds before April 1, 2006. Although the petitioners served a subpoena upon the respondent to produce its payroll records, the respondent failed to do so. At the hearing, the petitioners provided a summary of the respondent's prior contributions; the arbitrator awarded damages based on this summary. To petitioner UNITE HERE National Health Fund, the arbitrator awarded total damages of $2,819.13 ($2,499.00 for delinquent contributions, $95.13 for interest, $50.00 for arbitrator's fees, and $100.00 for default fees (as provided in the Agreement), and $75.00 for legal fees). To petitioner UNITE HERE National Retirement Fund, the arbitrator awarded total damages of $239.53 ($14.00 for delinquent contributions, $0.53 for interest, $50.00 for arbitrator's fees, and $100.00 for default fees (as provided in the Agreement), and $75.00 for legal fees). The arbitrator calculated the interest award pursuant to the terms of the Agreement and section 1132(g)(2)(B) of the Employee Retirement Income Security Act of 1974 (ERISA), which allows a court to award a plan or its trustees interest on unpaid contributions if judgment is awarded in favor of the plan.

*2 The petitioners served a copy of the arbitration award on the respondents on January 3, 2007. The respondent did not pay. Seeking judicial enforcement, the petitioners commenced this action to confirm the arbitration award on July 19, 2007. Respondent was served with notice of the petition on July 25, 2007. The respondent did not appear, answer, or otherwise move with respect to the petition. The petitioner applied for default judgment and served the respondent with notice of the application on October 31, 2007.

### DISCUSSION

[1][2]"[D]efault judgments in confirmation/vacatur proceedings are generally inappropriate."*D.H. Blair & Co., Inc.,* 462 F.3d at 109. The record accompanying a motion to confirm an arbitration award

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

--- F.Supp.2d ----
--- F.Supp.2d ----, 2008 WL 501362 (S.D.N.Y.)
(Cite as: --- F.Supp.2d ----)

Page 4

"may resolve many of the merits or at least command judicial deference."*Id.* Therefore, "generally, a district court should treat an unanswered ... petition to confirm/vacate as an unopposed motion for summary judgment."*Id.* at 110.In essence, "the petition and the accompanying record" become "a motion for summary judgment." *Id.*

When ruling on a summary judgment motion, a court "may not grant the motion without first examining the moving party's submission to determine if it has met its burden of demonstrating that no material issue of fact remains for trial."*Id.* at 109-10.The court's ruling must be based on the record, which includes the arbitration agreement and the arbitration award. *Id.* Thus, when ruling on a motion to confirm an arbitration award, the court "cannot base the entry of summary judgment on the mere fact that the motion was unopposed, but, rather, must consider the merits of the motion."*United States v. 5800 SW 74th Ave.,* 363 F.3d 1099, 1101 (11th Cir.2004).

Summary judgment may not be granted unless "the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law."Fed.R.Civ.P. 56(c). The burden of demonstrating the absence of an issue of material factual rests on the moving party. *Sista v. CDC Ixis N. Amer., Inc.,* 445 F.3d 161, 169 (2d Cir.2006). In ruling on a summary judgment motion, the court must view all facts in the light most favorable to the non-moving party. *Id.*

[3][4][5]"Normally, confirmation of an arbitration award is a summary proceeding that merely makes what is already a final arbitration award a judgment of the court, and the court must grant the award unless the award is vacated, modified, or corrected."*D.H. Blair & Co., Inc.,* 462 F.3d at 110 (citation omitted)."Only a barely colorable justification for the outcome reached by the arbitrators is necessary to confirm the award."*Id.* (quoting *Landy Michaels Realty Corp. v. Local 32B-32J, Serv. Employees Int'l Union,* 954 F.2d 794, 797 (2d Cir.1992)). The court must enter judgment for the party seeking to confirm the award unless the opposing party shows that the award was based on a manifest disregard for the law. *Wilko v. Swan,* 346 U.S. 427, 436-37, 74 S.Ct. 182, 98 L.Ed. 168 (1953).

*3 [6] First, the petitioners have sufficiently shown that there is no question of material fact. The respondents have offered no opposition and have not raised any questions of fact. Second, the arbitrator sufficiently justified his conclusion. He awarded damages based on "an audit of the [r]espondent's payroll records conducted by the [p]etitioner."(Schwartz Aff. Ex. A at 2, Oct. 29, 2007.) He noted that the petitioners demanded payment and the respondent refused. (*Id.*) He awarded interest on the unpaid contributions in accordance with ERISA. (*Id.* at 3.) Finally, the respondents have not shown, and the court does not find a manifest disregard for the law or any other reason why court should deny the motion to confirm. Therefore, the motion to confirm the arbitration award should be granted.

[7] The petitioners also seek interest and court costs for this proceeding to confirm the arbitration award. ERISA permits a court to award a benefit plan or its trustees "interest on the unpaid contributions," 29 U.S.C. § 1132(g)(2)(B), as well as "costs of the action," 29 U.S.C. § 1132(g)(2)(D), if judgment is rendered in favor of the plan. The respondent must pay "an amount equal to the greater of: (i) interest on the unpaid contributions, or (ii) liquidated damages provided for under the plan in an amount not in excess of 20 percent."29 U.S.C. § 502(g)(2). The Agreement does not provide for liquidated damages but provides for interest on unpaid contributions at a rate of "1% per month." (Schwartz Aff. Ex. C, "Agreement and Declaration of Trust" at 4, Oct. 29, 2007). Accordingly, for the period spanning from the date of the arbitration award, December 20, 2007, through October 22, 2007, petitioner UNITE HERE National Health Fund is awarded interest in

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

--- F.Supp.2d ----
--- F.Supp.2d ----, 2008 WL 501362 (S.D.N.Y.)
(Cite as: --- F.Supp.2d ----)

Page 5

the amount of $274.89 and petitioner UNITE HERE National Retirement Fund is awarded interest in the amount of $1.54.

Including the arbitration award, the total award payable to petitioner UNITE HERE National Health Fund is $3,094.02 and the total award payable to petitioner UNITE HERE National Retirement Fund is $241.07. In addition, the petitioners are awarded the costs of the instant proceeding in the amount of $350.00.

### CONCLUSION

For the foregoing reasons, the petition to confirm the arbitration award is GRANTED.

SO ORDERED.

S.D.N.Y.,2008.
The Trustees of the UNITE HERE National Health Fund v. JY Apparels, Inc.
--- F.Supp.2d ----, 2008 WL 501362 (S.D.N.Y.)

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.