# EXHIBIT T

ALLIED WORKERS
1 212 209 9179
1:49 PM
02/19/07

10 55 57 a m    07-31-2007    2/4

**B & M Linen Corp**
**Employee Contact List**

TO
2-18-07    F.D.
2·22·07

| Employee | | |
|---|---|---|
| Adalgiza Rodriguez | 1 | Adalgiza Rodriguez |
| Aissa Djiteye | 2 | Aissa Djiteye |
| Alma R. Munoz | 3 | Alma Muñoz |
| Ambiorix Checo | 4 | Ambiorix Checo |
| Ana Benitez | 5 | Ana Benitez |
| Ana Martinez | 6 | Ana Martinez |
| Andrea Cansino | 7 | Andrea Cansino |
| Andrema Michel | 8 | Andrema Michel |
| Angel Lacen | 9 | |
| Angela Franco | 10 | Angela Franco |
| Angela Payero | 11 | Angela Payero |
| Antonia Hernandez | 12 | Antonia Hernandes |
| Antonio Rodriges | 13 | |
| Banny Ramos | 14 | |
| Barbarin Alcantara Rijo | 15 | Alcantara Rijo |
| Braulio A. Leon | 16 | Braulio A. Leon |
| Carla Hernandez | 17 | |
| Carlos A. Vasquez | 18 | CARLOS VASQUEZ |
| Carmen D. Rodriguez | 19 | Carmen Rodriguez |
| Catalina Dominguez | 20 | Catalina Dominguez |
| Chalin Rivera | 21 | Chalin Rivera |
| Christian X. Castillo | 22 | Christian Castillo |
| Claudia Alvarez | 23 | |
| Clelie Orisme | 24 | |
| Clermelie Jourdain | 25 | Clermelie |
| Dèyade Djabakatie | 26 | Deyade Djabakatie |
| Dionicia Hernandez | 27 | Dionicia Hernandez |
| Dulce Silva | 28 | Dulce Silva |
| Edgar Flores | 29 | Edgar Flores |
| Eduardo Rosado | 30 | Eduardo Rosado |
| Edwin Ortiz | 31 | Edwin Ortiz |
| Elena Mendelevich | 32 | |
| Eliecer Lacen | 33 | Eli |
| Eliseo Tomas | 34 | |
| Elvis A. Gotoy | 35 | Elvis Gotoy |
| Epifania Augustin | 36 | Epifania Augustin |
| Epifania G. De Acosta | 37 | Acosta |
| Esther Benitez | 38 | Esther Benitez |
| Everton Young | 39 | Everton Young |
| Fable Toure | 40 | Fable Toure |
| Felix A. Solano | 41 | Felix B. Solano |
| Francis Fernandez | 42 | Francis Fernandez |
| Francisco Pena | 43 | Francisco Pena |
| Francisco Rivera | 44 | |
| Gabriela Martinez | 45 | Gabriela Martinez |

× Edgar Gonzalez  Edgar gonz

× Antonio Gonzalez  Edgar  gonz

EXHIBIT
MARKUS
16
FE 2/18/0

PENGAD 800-631-6989

Page 1 of 3

1 212 206 9179    ALIED WORKERS    10·56·23 a m    07-31-2007    3/4

1:49 PM
02/19/07

# B & M Linen Corp
## Employee Contact List

| Employee | | |
|---|---|---|
| Geoffery G. Pitter | 46 | *(signature)* |
| Gladys E. Perez | 47 | *(signature)* |
| Gracia Blyden | 48 | *(signature)* |
| Ilsa S. Giron | 49 | *(signature)* |
| Inza Cisse | 50 | *(signature)* |
| Isabel M. Amaro | 51 | *(signature)* |
| Isabel Viclea | 52 | *(signature)* |
| Jaqoeline Perez | 53 | *(signature)* |
| Jaquelina Rodriguez | 54 | *(signature)* |
| Jilomiena Hernandez | 55 | *(signature)* |
| Jose Julio Alverez | 56 | *(signature)* |
| Jose L Perez | 57 | |
| Jose Lopez | 58 | |
| Jose Maldonado | 59 | *(signature)* |
| Jose Torres | 60 | *(signature)* |
| Juana Gavilan | 61 | *(signature)* |
| Julio A. Serrano | 62 | *(signature)* |
| Leo Nunez | 63 | *(signature)* |
| Leonel Cabrera | 64 | *(signature)* |
| Lourdes Nunez | 65 | *(signature)* |
| Luis Robledo | 66 | *(signature)* |
| Luz Escono | 67 | *(signature)* |
| Maria Garcia | 68 | *(signature)* |
| Mariela Pesado | 69 | *(signature)* |
| Maritza Cordoba | 70 | *(signature)* |
| Marquis Mangrum | 71 | *(signature)* |
| Marvin Brown | 72 | *(signature)* |
| Miguel A. Velez | 73 | *(signature)* |
| Miguel E. Figueroa | 74 | *(signature)* |
| Milagros G. DeFelipe | 75 | *(signature)* |
| Miriam Zaldivar | 76 | *(signature)* |
| Mirian Bravo | 77 | *(signature)* |
| Mocles Rosalva | | *(signature)* |
| Modesta Alvarez | 79 | *(signature)* |
| Modesta DeMedina | 80 | *(signature)* |
| Nancy Maisonave | 81 | *(signature)* |
| Nancy Silva | 82 | *(signature)* |
| Narcisa De Genao | 83 | *(signature)* |
| Nelson Noriega III | 84 | *(signature)* |
| Nigson Norales | 85 | *(signature)* |
| Norma A. Murillo | 86 | *(signature)* |
| Ofelia Reyes | 87 | *(signature)* |
| Osvaldo Torres | 88 | *(signature)* |
| Petra Rueda | 89 | *(signature)* |
| Ramay Narimanov | 90 | *(signature)* |

1 212 206 9179          ALIED WORKERS                    10:56:48 a m   07-31-2007          4/4

1:49 PM
02/19/07

## B & M Linen Corp
## Employee Contact List

| Employee | | |
|---|---|---|
| Remedios Aguilar | 91 | |
| Rocio Castelan | 92 | *Rocio Castelan* |
| Rodhames Santiago | 93 | *Rodhames Santiago* |
| Rodrigo Vaquero | 94 | *Rodrigo Vaquero* |
| Roman Francisco | 95 | *Francisco Roman* |
| Rosa Rivera | 96 | *Rosa Rivera* |
| Ruben Martell | 97 | *Ruben Martell* |
| Sabino Medina | 98 | |
| Sabino Palacios | 99 | *Sabino Palacios* |
| Santos Mejia | 100 | |
| Silvia Noralez | 101 | *Silvia Norales* |
| Simon Mendelevich | 102 | |
| Simonis Abraham | 103 | |
| Sujeily Cruz | 104 | *Sujeily Cruz* |
| Susana Dias | 105 | *Susana Diaz* |
| Teresa Martinez | 106 | *Teresa Martinez* |
| Victor Alcantara | 107 | |
| Violeta Guzman | 107 | |
| William Heredia | 108 | *William Heredia* |
| Yacouba Adedauba | 110 | |
| Yokaira L. Leon | 111 | *Yokaira L. Leon* |
| Yosepat Garcia | 112 | |
| Zenaida Hernandez | 113 | *Zenaida Hernandez* |
| | | |
| | | |
| | | |
| | | |

# EXHIBIT U



# Amalgamated Life

America's Labor Insurance Company®

**Jeffrey Warbet**
*Senior Vice President*

730 Broadway
New York, NY 10003-9511
P: 212 780 4118
F: 212 387 0710

jwarbet@amalgamatedlife.com

www.amalgamatedlife.com

August 9, 2007

**VIA FACSIMILE AND CERTIFIED**
**MAIL - RETURN RECIPT REQUESTED**

Miron Markus
B & M Linen Corp. d/b/a Miron & Sons
220 Coster Street
Bronx, New York, 10451

> Re:  **Contributions Owing to Trustees of the Laundry, Dry Cleaning**
> **Workers and Allied Industries Health Fund, UNITE HERE! and the**
> **Trustees of the Laundry, Dry Cleaning Workers and Allied Industries**
> **Retirement Fund, UNITE HERE**

Dear Mr. Markus:

I am writing on behalf of the Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and the Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! ("the Funds").

The Laundry, Dry Cleaning Workers and Allied Industries Joint Board UNITE HERE ("the Union") has provided the Funds with the enclosed list of employees in the employ of B & M Linen Corp. d/b/a Miron & Sons ("the Employer") for the period February 18, 2007 through February 22, 2007. We have discovered that the Employer has failed to remit the required contributions for these employees for the period of March 19, 2004, the date of the last audit, through and including June 30, 2007. Consequently, the Employer owes benefit fund contributions, plus interest, to the Funds for each of these employees.

Enclosed is an invoice for contributions owing to the Funds for these employees from March 19, 2004 through June 30, 2007. Please immediately remit a



Miron Marcus
B & M Linen Corp. d/b/a Miron & Sons
August 9, 2007
Page 2

check payable to the Funds in the amount of $637,638.23 to the following address:

> Laundry, Dry Cleaning Workers and
> Allied Industries Health Fund, UNITE HERE!
> P.O. Box 1436
> New York, New York  10116.

Please be advised if the Employer fails to remit the total amount due for contributions referenced in the invoice within ten (10) calendar days of the date of this letter or permit the Funds access to the Employer for an audit of the Employer's books and records, the Funds will take all necessary legal action to collect all monies due to the Funds.  Please be further advised that should legal action become necessary, the Employer will be liable for the full amount of the unpaid contributions, interest thereon, plus liquidated damages in an amount equal to the greater of the interest on the unpaid contributions or 20% of the amount of the unpaid contributions, and attorneys' fees and other costs, as mandated by ERISA Section 502, the Funds' Rules and Regulations, and the Collective Bargaining Agreement.  The Funds also may apply for a Court-ordered injunction against the Employer under ERISA for repeated failure to satisfy delinquent contributions owing to the Funds.

We look forward to a prompt resolution of this matter.  If you have any questions, please call me at the above telephone number.

Very truly yours,

Jeffrey Warbet

Jeffrey Warbet

Enclosures
c(w/enclosures):   Wilfredo Larancuent
                   Rose Magallie Maitre
                   Mark Brossman, Esq.
                   Joshua Zuckerberg, Esq. (via facsimile and mail)

# B&M LINEN CORP. - EMPLOYEE LIST

Ambiorix Checo
Ana Martinez
Andrea Cansino
Angel Lacen
Angela Payero
Antonio Gonzalez
Antonio Rodriges
Banny Ramos
Barbarin Alcantara Rijo
Braulio A. Leon
Carla Hernandez
Carlos A. Vasquez
Catalina Dominguez
Chalin Rivera
Christian X. Castillo
Clermelie Jourdain
Deyade Djabakatie
Dulce Silva
Edgar Flores
Edgar Gonzalez
Eduardo Rosado
Edwin Ortiz
Elena Mendelevich
Ellecer Lacen
Eliseo Tomas
Elvis A. Gotoy
Epifania G. De Acosta
Esther Benitez
Everton Young
Fabie Toure
Felix A. Solano
Francisco Rivera
Geoffrey G. Pitter
Ilsa S. Giron
Inza Cisse
Isabel Viclea
Jaquelina Rodriguez
Jilomena Hernandez
Jose L. Perez
Jose Maldonado
Jose Torres
Juana Gavilan

Julio A. Serrano
Leo Nunez
Lourdes Nunez
Luis Robeldo
Luz Escono
Maria Garcia
Mariela Pesado
Marvin Brown
Miguel A. Velez
Milagros G. DeFelipe
Miriam Zaldivar
Modesta DeMedina
Nancy Silva
Narcisa De Genao
Nelson Noriega III
Jigson Norales
Norma A. Murillo
Ofelia Reyes
Osvaldo Torres
Petra Rueda
Rodhames Santiago
Roman Francisco
Rosa Rivera
Ruben Martell
Sabino Medina
Sabino Palacios
Santos Mejia
Silvia Noralez
Simon Mendelevich
Simonis Abraham
Sujeily Cruz
Teresa Martinez
Victor Alcantara
Violeta Guzman
Yacouba Adedauba
Yokaira L. Leon
Yosepat Garcia

 Amalgamated Life

730 Broadwa
New York, NY 10003-951
212-539-530
fax: 212-844-779

## INVOICE

August 6, 2007

Mr. Miron Markus
B & M Linen Corp. d/b/a Miron & Sons
220 Coster Street
Bronx, New York 10451

Non – Reported Payroll

Period: March 19, 2004 through and including June 30, 2007

AMOUNT DUE:      $ 637,638.23

Make Check Payable To:
Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE
P O Box 1436
New York, New York 10116



**Amalgamated Life**

730 Broadway
New York, NY 10003

## Fax Cover Sheet

**DATE:**    AUGUST 9, 2007

**TO:**    JOSHUA ZUCKERBERG, ESQ.    **PHONE:**
     **FAX:**    212-798-6379

**FROM:**    JEFFREY WARBET    **PHONE:** 212-539-5300
     **FAX:**    212-387-0710

**RE:**

**CC:**

*Number of pages including cover sheet: Message:*

```
        ** TX STATUS REPORT **              AS OF   AUG 09 2007 14:24   PAGE.01

                                            AMALGAMATED LIFE


           DATE  TIME      TO/FROM        MODE   MIN/SEC   PGS   JOB#  STATUS
      32   08/09 14:22 Pryor Cashman Fax  EC--S  01'37"    006         OK
      ------------------------------------------------------------------------
```


**Amalgamated Life**

730 Broadway
New York, NY 10003

# Fax Cover Sheet

**DATE:**   AUGUST 9, 2007

**TO:**   MIRON MARCUS          **PHONE:**
                            **FAX:**   718-585-3388

**FROM:**   JEFFREY WARBET     **PHONE:** 212-539-5300
                            **FAX:**   212-387-0710

**RE:**

**CC:**

*Number of pages including cover sheet: Message:* 6.

```
      ** TX STATUS REPORT **              AS OF   AUG 09 2007 14:26   PAGE.01

                                              AMALGAMATED LIFE


          DATE  TIME           TO/FROM     MODE   MIN/SEC   PGS   JOB#  STATUS
    01    08/09 14:25          17185853388 EC--S  00'49"    006         OK
    -----------------------------------------------------------------------------
```

# EXHIBIT V

# KENNEDY, JENNIK & MURRAY, P.C.

### ATTORNEYS AT LAW

113 UNIVERSITY PLACE
NEW YORK, NEW YORK 10003
(212) 358-1500

\* \* \*

FACSIMILE (212) 358-0207

THOMAS M. KENNEDY
SUSAN M. JENNIK
THOMAS M. MURRAY
OF COUNSEL:
LARRY MAGARIK

ELIZABETH M. PILECKI (NJ, MA)
RACHEL A. KIRTNER (OR)
WILLIAM G. SCHIMMEL (IL, MI, NJ)
BERNHARD W. ROHRBACHER (CA ONLY)
OMAR A. JOSEPH (MA, D.C.)
CHRISTOPHER G. GANT (NJ ONLY)

October 1, 2007

**By Fax and Regular Mail**
Joshua Zuckerberg
Pryor Cashman Sherman & Flynn LLP
410 Park Avenue, 10th Floor
New York, NY 10022

Re:     Laundry, Dry Cleaning Workers and Allied Industries
        Funds, UNITE HERE! – and – B&M Linen Corp. d/b/a/
        Miron & Sons Linen Supply a/k/a Miron & Sons Linen, Inc.
        (Audit Demand)

Dear Mr. Zuckerberg:

        I write as counsel to the Laundry, Dry Cleaning Workers and Allied Industries Funds,
UNITE HERE! ("the Funds") in the above-referenced matter. By letter dated September 13,
2007, David C. Sapp of UNITE HERE Fund Administrators wrote to you "to confirm B&M
Linen Corp. d/b/a/ Miron & Sons Linen Supply a/k/a Miron & Sons Linen, Inc.'s ("the employer")
agreement to comply with the requirements of ERISA and the Agreement and Declarations of . . .
the Funds : . . by scheduling the Fund's audit of the employer's books and records." It is my
understanding that said agreement was never confirmed. By the same letter, Mr. Sapp advised
you that "the Fund's auditors are available to commence the audit at the employer's premises
beginning on any weekday after September 17, 2007 but no later than September 28, 2007" and
asked you to "[p]lease call us as soon as possible to schedule a date certain on which the Funds'
auditors may have access to the employer to commence the . . . audit." It is my understanding
that no date certain was ever scheduled to commence the audit and that no audit was ever
conducted.

        The purpose of this letter is to advise you that the Fund's auditors are available to
commence the audit at the employer's premises on any weekday after October 8, 2007, but in no
event later than October 19, 2007, on the terms and conditions outlined in Mr. Sapp's letter to
you dated September 13, 2007, including the period to be covered and the documents to be made
available, and to request that you call me as soon as possible, but in no event later than the close

**KENNEDY, JENNIK & MURRAY, P.C.**
ATTORNEYS AT LAW

October 1, 2007 Page 2

of business on Friday, October 5, 2007, at 5:00 p.m., to schedule a date certain on which the Fund's auditors may have access to the employer's premises to conduct the audit.

In the event that I do not hear from you by the date and time specified, or that the Fund's auditors are not given access to the employer's premises to conduct the audit during the two week period specified, the Funds are prepared, and in any event reserve the right to, proceed to arbitration in this matter based on their estimates of covered employees of the employer from April 1, 2004 through the present and at any given point in time during that period.

Very truly yours,

Bernhard Rohrbacher

enc.
cc:  Thomas M. Kennedy, Esq.
     Jeffrey Warbet
     Wilfredo N. Larancuent

# EXHIBIT W

# KENNEDY, JENNIK & MURRAY, P.C.

## ATTORNEYS AT LAW

113 UNIVERSITY PLACE
NEW YORK, NEW YORK 10003
(212) 358-1500

* * *

FACSIMILE (212) 358-0207

THOMAS M. KENNEDY
SUSAN M. JENNIK
THOMAS M. MURRAY
OF COUNSEL:
LARRY MAGARIK

ELIZABETH M. PILECKI (NJ, MA)
RACHEL A. KIRTNER (OR)
OMAR A. JOSEPH (MA, D.C.)
CHRISTOPHER G. GANT (NJ ONLY)
WILLIAM G. SCHIMMEL (IL, MI, NJ)
BERNHARD W. ROHRBACHER (CA ONLY)

October 4, 2007

**By Fax and Regular Mail**
Joshua Zuckerberg
Pryor Cashman Sherman & Flynn LLP
410 Park Avenue, 10th Floor
New York, NY 10022

Re:   Laundry, Dry Cleaning Workers and Allied Industries
Funds, UNITE HERE! – and – B&M Linen Corp. d/b/a
Miron & Sons Linen Supply a/k/a Morin & Sons Linen, Inc.
(Audit Demand)

Dear Mr. Zuckerberg:

This letter confirms our telephonic agreement that the Funds' auditors will commence the audit of the Employer's books and records on Tuesday, October 16, 2007, at the Employer's premises. Such audit will be conducted upon the terms and conditions outlined in the letter by David C. Sapp to you dated September 13, 2007, including the period to be covered and the documents to be made available, and will continue daily until its conclusion.

Very truly yours,

Bernhard Rohrbacher

cc:  Thomas M. Kennedy, Esq.
Jeffrey Warbet
David C. Sapp
Wilfredo N. Larancuent