Cote / J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

TRUSTEES OF THE LAUNDRY, DRY CLEANING
WORKERS AND ALLIED INDUSTRIES HEALTH
FUND, UNITE HERE!; and TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND,
UNITE HERE!

                                              Plaintiffs,

            - against -

B&M LINEN CORP. D/B/A MIRON & SONS
LINEN SUPPLY A/K/A MIRON & SONS LINEN,
INC.,

                                              Defendant.
--------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

07-CV-6999 (DLC)

**STIPULATION OF
DISCONTINUANCE**

         **IT IS HEREBY STIPULATED** by and between the attorneys of record for the above-

named Plaintiffs and Defendant that the above-entitled action is discontinued with prejudice and

without cost of fees to or as against any party.

Dated: April 29, 2008

Elizabeth M. Pilecki, Esq.                    Joshua Zuckerberg, Esq.
KENNEDY, JENNIK & MURRAY, P.C.                PRYOR CASHMAN, LLP
Attorneys for Plaintiffs                      Attorneys for Defendant
113 University Place                          410 Park Avenue
New York, New York 10003                      New York, New York 10022
Tel. (212) 358-1500                           Tel. (212) 421-4100

                          The Clerk of Court shall terminate all
                          motions and close the case.

SO ORDERED:

_____
Hon. Denise L. Cote, U.S.D.J.

        May 5, 2008